IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SECURITIES and EXCHANGE COMMISSION, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.: <u>RDB-18-02844</u> |
| KEVIN B. MERRILL, et al., | : | |
| Defendants. | : | |

...oOo...

## ORDER

Upon consideration of the Government's Motion to Intervene and Stay Proceedings, it is hereby ORDERED that the Government's motion is GRANTED:

1. The United States is permitted to intervene in the captioned case.

2. Defendants' obligation to respond to the Complaint and all discovery in the captioned case is stayed pending the resolution of the criminal action in this district: *United States v. Kevin B. Merrill, et al*, Criminal No. RDB-18-0465. Nothing in this Order impedes the ability of the Securities and Exchange Commission (the "SEC") to conduct any investigation of individuals or entities not named as Defendants in the SEC's Complaint.

3. The Preliminary Injunction Order (ECF No. 28), including the asset freeze and receivership provisions contained therein, remains in full force and effect. The receivership, any order related to the receivership, and all powers granted to the Receiver shall remain in full force and effect.

_____
Richard D. Bennett
United States District Judge

Date: __OCTOBER 25, 2018__