UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>RICHARD D. BENNETT<br>UNITED STATES DISTRICT JUDGE<br>NORTHERN DIVISION | U.S. COURTHOUSE - CHAMBERS 5D<br>101 W. LOMBARD STREET<br>BALTIMORE, MD 21201<br>TEL: 410-962-3190<br>FAX: 410-962-3177 |

January 17, 2019

LETTER ORDER

To Counsel of Record:   *Securities Exchange Commission v. Merrill et al.*
                        Civil Action No. RDB-18-2844

Dear Counsel:

This letter confirms the results of the teleconference held on January 16, 2019.

1. Defendant Jay B. Ledford's and Attorney Jack T. Jamison's Amended Motions to Extend Deadline and For Leave to File Memorandum in Excess of 35 Pages (ECF No. 91) is DENIED. The Response to the Receiver Gregory S. Milligan's Motion to Disqualify Attorney Jack Jamison (ECF No. 79) is due by **Tuesday, January 22, 2019 at 12:00 noon**. The Response shall be no more than **18 pages**. The Receiver may reply by Friday, January 25, 2019 at 12:00 noon.

2. Defendant Jay B. Ledford's and Attorney Jack T. Jamison's Motions to Extend Deadline and for Leave to File Memorandum in Excess of 35 Pages (ECF No. 90) is DENIED as MOOT.

3. Defendant Jay B. Ledford's Opposition to Receiver's Motion to Seal Certain Exhibits to Fee Applications or, Alternatively, Motion to Reconsider Order Granting Such Motion to Seal Exhibits, and Oppositions to Receiver's Motion for Approval of First Interim Fee Application of Harney Management Partners, LLC and Receiver's Motion for Approval of First Interim Fee Application of Husch Blackwell LLP (ECF No. 89) is DENIED.

4. Defendant Jay B. Ledford's Motion to Strike United States Securities and Exchange Commission's Purported Amended Complaint (ECF No. 88) is DENIED.

5. Defendant Jay B. Ledford's Motion to Quash Orders Appointing Temporary Receiver, or, Alternatively, to Modify Such Orders, and Request for Expedited Hearing (ECF No. 83) is DENIED.
6. Defendant Jay B. Ledford's Motion to Extend Deadline (ECF No. 63) is DENIED as MOOT.
7. A reminder to all parties that this case is STAYED pending resolution of the criminal proceedings in *United States v. Kevin B. Merrill, et al*, Criminal No. RDB-18-0465. *See* ECF No. 42. The parties need not respond to the Motions to Dismiss (ECF Nos. 67, 68) as long as the stay remains in effect. *Id.* The Preliminary Injunction Order (ECF No. 28), including the asset freeze and receivership provisions contained therein, remains in full force and effect. *Id.*

Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

Sincerely,

Richard D. Bennett
United States District Judge