IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) Case No.: 1:18-cv-02844-RDB |
| v. | ) ) |
| KEVIN B. MERRILL, et al., | ) ) |
| Defendants. | ) |

## ORDER GRANTING RECEIVER GREGORY S. MILLIGAN'S MOTION FOR ORDER AUTHORIZING EMPLOYMENT AND COMPENSATION OF VELOCITY PORTFOLIO GROUP, INC.

This matter is before the Court on the Motion for Order Authorizing Employment and Compensation of Velocity Portfolio Group, Inc. ("Velocity") (the "Motion"), filed by Gregory S. Milligan, the Court-appointed receiver in the above-captioned case (the "Receiver"). The Court, having considered the Motion and all papers and pleadings filed in support thereof, and after due deliberation and finding sufficient cause therefore, finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED in its entirety.

2. The Receiver is hereby authorized to employ Velocity as advisor to the Receiver pursuant to the Letter Agreement attached as Exhibit A-1 to the Motion.

3. The Receiver is hereby authorized to pay Velocity pursuant to the Letter Agreement attached as Exhibit A-1 to the Motion, without further order of the Court.

IT IS SO ORDERED, this __25__ day of __FEBRUARY__, 2019.

_____
UNITED STATES DISTRICT JUDGE

DocID: 4835-2094-3494.1