IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SECURITIES AND EXCHANGE
COMMISSION,

                  Plaintiff,

v.

KEVIN B. MERRILL, et al.,

                  Defendants.

Case No. RDB-18-2844

**[PROPOSED] ORDER GRANTING MOTION TO AUTHORIZE THE RECEIVER TO IDENTIFY CLAIMANTS AND CREDITORS AND PROPOSE A PLAN OF DISTRIBUTION**

Upon consideration of the Securities and Exchange Commission's Motion to Authorize the Receiver to Identify Claimants and Creditors and Propose a Plan of Distribution (the "Motion") and any opposition thereto, it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the First Amended Order Appointing Temporary Receiver (Dkt. 62) (the "Receivership Order") is hereby amended to authorize the Receiver to identify claimants on and creditors of Receivership Assets and to formulate, in consultation with the Securities and Exchange Commission, a proposed plan of initial distribution from the Receivership Estate.

**IT IS SO ORDERED.**

Dated: October 4, 2019

_____
Honorable Richard D. Bennett
United States District Court Judge