IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 1:18-cv-02844-RDB |
| v. | ) ) | |
| KEVIN B. MERRILL, et al., | ) ) | |
| Defendants. | ) | |

## ORDER GRANTING RECEIVER GREGORY S. MILLIGAN'S MOTION TO APPROVE THE SALE OF AND PROCEDURES FOR THE SALE OF THE ASSETS OF DEVILLE ASSET MANAGEMENT, LTD.

This matter is before the Court on the Motion to Approve the Sale of and Procedures for the Sale of The Assets of DeVille Asset Management, Ltd. (the "Motion") (Dkt. No. 309), filed by Gregory S. Milligan (the "Receiver"), the Court-appointed receiver in the above-captioned case. The Court, having considered the Motion and evidence submitted in support thereof, any filed responses or objections, and the pleadings on file, finds that the Motion should be, and hereby is, GRANTED.

It is therefore ORDERED that:

1. The Motion is GRANTED in its entirety.

2. Any Known Party of Interest, as that term is defined in the Motion, have until July 9, 2020 to assert (i) any claims to DeVille, the DeVille Portfolios or the DeVille Platform as those terms are defined in the Motion, (ii) any opposition or objection to the sale of the DeVille Portfolios or the DeVille Platform, or (iii) opposition or objection to the DeVille Sales Procedures as defined and described in the Motion. To the extent that a claim is made to or against DeVille, the DeVille Portfolios, or the DeVille Platform, the claimant shall describe such claim in detail. The Receiver's

1

HB: 4825-9116-1535.1

reply to any claim, opposition, or objection filed by any Known Parties of Interest shall be due within fourteen (14) days of the date the claim, opposition, or objection is filed with the Court. If the Receiver fails to respond to the claim, the claim shall be deemed allowed and the DeVille Portfolios and DeVille Platform shall be sold subject to the claim. The Court may determine whether a hearing is necessary after evaluating any claims, opposition, or objections that are filed by Known Parties of Interest, if any. If no claim, opposition, or objections are filed, then DeVille's Assets may be sold without the need for further application to or Order from the Court.

3. Subject to any objections or opposition timely filed by Known Parties of Interest, the DeVille Sales Procedures are hereby approved, and the Receiver is authorized to sell the DeVille Portfolios and the DeVille Platform in accordance with the DeVille Sales Procedures.

IT IS SO ORDERED, this __9th__ day of ____June____, 2020.

                                                    /s/- Richard D. Bennettt
                                                  UNITED STATES DISTRICT JUDGE