**HUSCH BLACKWELL**

| | |
|---|---|
| **Sharp Road Crate No. 5** | Pool Table Parts |
| | Mirror |
| | Chandelier |
| | Two (2) Armchairs |
| **Sharp Road Crate No. 6** | Beds |
| **Garage, Patio, Shed Crate No. 3** | Christmas items |
| | Toys |
| | Baby Strollers |
| | Tools |
| | Vases |
| | China |
| | Glasses |
| **Garage, Patio, Shed Crate No. 4** | Tools |
| | Christmas items |
| | Cushions |
| | Easter items |
| | Toy Car |
| | Linens |
| | Dry Vac |
| | China |
| **Garage, Patio, Shed Crate No. 6** | Christmas items |
| | Toys |
| | Gardening tools |
| | Printer |
| | Toy Train Table |
| **Garage, Patio, Shed Crate No. 7** | Gym equipment |
| **Garage, Patio, Shed Crate No. 8** | Gym equipment |
| **Garage, Patio, Shed Crate No. 11** | Office chairs |
| | Christmas items |
| | Tools |
| | Table |
| **Garage, Patio, Shed Crate No. 12** | Christmas items |
| | Tools |
| | Carpet |
| | Table |
| | Mirror |
| **Main House Crate No. 12** | Kitchen items |
| | Appliances |
| | Credenza |
| | Credenza |
| | Side table from foyer |
| | Bar Stool |

HB: 4813-9126-5981.4

# HUSCH BLACKWELL

| | |
|---|---|
| **Main House Crate Nos. 14–17** | Christmas items |
| | Pottery Barn child's bed |
| | Mirror |
| | Flowers |
| | Baskets |
| | Glass dishes and bowls |
| | China |
| | Lighting |
| | Liquor |
| | Microwave |
| | Suitcases |
| | Garment bag |
| | Gun case |
| | Albums |
| | Party supplies |
| | Decorative items |
| | Clothes |
| | Metal Ramp |
| | Ceramics |
| | Halloween items |
| | Decorations |
| **Main House Crate No. 18** | Four (4) TVs |
| | Basement items |
| **Main House Crate No. 19** | TV |
| | Clothing |
| | Foyer round table |
| | Christmas deer |
| **Main House Crate No. 20** | Clothing |

HB: 4813-9126-5981.4