**CHAMBERS OF**
**RICHARD D. BENNETT**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DIVISION**

U.S. COURTHOUSE–CHAMBERS 5D
101 W. LOMBARD STREET
BALTIMORE, MD 21201
TEL: 410-962-3190
FAX: 410-962-3177

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2020 JUL 15 PM 2:57
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

July 15, 2020

## LETTER ORDER

To Counsel of Record:   *Securities and Exchange Commission v. Merrill et al.*
Civil Action No. RDB-18-2844

Dear Counsel:

This letter confirms the results of today's telephone conference, held off the record. Pursuant to this Court's discussion with counsel:

1. For the reasons discussed during the telephone conference, the STAY, implemented in this case on October 25, 2018 (ECF No. 42) is LIFTED and this case shall proceed accordingly;
2. Defendant Amanda Merrill's Motion for Return of Property (ECF No. 318) is DENIED as premature;
3. Defendant Amanda Merrill shall file any responsive pleading as follows:

| | |
|---|---|
| **Defendant Amanda Merrill's responsive pleading** | Friday, July 31, 2020 |
| **Plaintiff SEC's response** | Friday, August 21, 2020 |
| **Defendant Amanda Merrill's Reply** | Monday, August 31, 2020 |

Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

Sincerely,

*/s/ Richard D. Bennett*

Richard D. Bennett
United States District Judge