# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

SECURITIES AND EXCHANGE COMMISSION,

**Plaintiff,**

v.

KEVIN B. MERRILL, ET AL.,

**Defendant.**

Case No. 1:18-cv-02844-RDB

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

[x] Exhibit **A** which is an attachment to **Receiver's Motion for Approval of Seventh Interim Fee Application of Harney Management Partners, LLC** will be electronically filed under seal within 24 hours of the filing of this Notice.

[ ] _____
(title of document)
will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by **N/A**.

August 28, 2020
Date

*/s/ Lynn H. Butler*
Signature

Lynn H. Butler (pro hac vice)
Printed Name and Bar Number

111 Congress Ave., Suite 1400, Austin, TX 78701
Address

lynn.butler@huschblackwell.com
Email Address

(512) 472-5456
Telephone Number

(512) 479-1101
Fax Number