IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | Case No.: 1:18-cv-02844-RDB ) ) |
| KEVIN B. MERRILL, et al., | ) ) |
| Defendants. | ) |

**NOTICE OF COMPLETION OF AUCTION RELATED TO DEVILLE ASSET MANAGEMENT, LTD.'S ASSETS AND MOTION FOR APPROVAL TO PAY COMMISSION TO GARNET CAPITAL ADVISORS, LLC**

Receiver Gregory S. Milligan ("Receiver") informs the Court that it has closed on the sale of the assets of DeVille Asset Management, Ltd. (the "DeVille Assets"). The Receiver further moves the Court for an order permitting it to pay Garnet Capital Advisors, LLC ("Garnet"), who facilitated the sale of the DeVille Assets, the fees authorized by its retention agreement with Garnet. This Court previously approved the Receiver's retention of Garnet, including the fee structure set forth in the retention agreement between the Receiver and Garnet, but has not authorized the Receiver to pay Garnet.

### I.   THE DEVILLE AUCTION

1. On June 9, 2020, the Receiver filed his Motion to Approve the Sale and Procedures for the Sale of the Assets of DeVille Asset Management, Ltd., ECF No. 309 (the "DeVille Sales Motion"), which set out the procedures for the sale of DeVille's assets (the "DeVille Sales Procedures"). The Court granted the DeVille Sales Motion and authorized the sale of DeVille's assets pursuant to the DeVille Sales Procedures. *See* Order, ECF No. 310.

2. On July 10, 2020, the Receiver filed a notice with the Court advising that it intended

to conduct a sealed-bid auction of DeVille's assets on August 11, 2020. *See* ECF No. 320.

3. The sealed-bid auction occurred on August 11, 2020, pursuant to the DeVille Sales Procedures, and the sale of DeVille's assets closed on August 28, 2020.

4. The Receiver plans to provide a further accounting of the net benefit to the Estate of the Receivership Parties that encompasses the amount received from the servicing and collection of the DeVille Assets during the pendency of this receivership action and the proceeds from the sale of the DeVille Assets. This accounting will be provided in the Receiver's next status report and on the Receiver's website, *www.merrill-ledford.com*.

## II.   RELIEF REQUESTED

5. To facilitate the sale of the DeVille Assets, after obtaining this Court's authorization, the Receiver retained Garnet. *See* Receiver's Motion for Approval of Retention of Garnet Capital Advisors, LLC as Broker, ECF No. 266 ("Garnet Retention Motion"); Order Approving Receiver's Motion for Approval of Retention of Garnet Capital Advisors, ECF No. 268. Pursuant to the retention agreement between the Receiver and Garnet ("Retention Agreement"), Garnet is entitled to a commission equal to 5% of the gross proceeds received by the Receiver for the sale of the DeVille Assets. *See* Garnet Retention Motion at 4 ¶ 11; Retention Agreement, ECF No. 266-2. It is also entitled to charge an hourly fee for any post-closing services required by the Receiver in excess of five hours and is entitled to be reimbursed for certain expenses. *See* Garnet Retention Motion at 4 ¶ 11; Retention Agreement, ECF No. 266-2 ¶¶ 2.1.4, 2.2.

6. This Court previously approved the Garnet Retention Motion, including Garnet's fee structure. *See* ECF Nos. 266, 268. The Court has not provided the Receiver with authority to pay Garnet its commission or for any post-closing services. As the closing of the sale of DeVille's

Assets occurred on Friday, August 28, the Receiver respectfully requests the Court authorize him to pay Garnet (i) 5% of the gross proceeds it received upon closing, (ii) any additional post-closing fees that Garnet incurs and charges to the Receiver, and (iii) any authorized expenses pursuant to Paragraph 2.2 of the Retention Agreement.

WHEREFORE, the Receiver respectfully requests the Court grant this motion and enter an order authorizing him to pay Garnet as requested in this motion.

Date: September 2, 2020.

Respectfully Submitted,

/s/ Buffey E. Klein
Lynn H. Butler, *pro hac vice*
HUSCH BLACKWELL LLP
111 Congress Ave., Suite 1400
Austin, TX 78701
Tel: (512) 472-5456
Fax: (512) 479-1101
lynn.butler@huschblackwell.com

Brian P. Waagner, Fed. Bar No. 14954
HUSCH BLACKWELL LLP
750 17th Street, NW, Suite 900
Washington, D.C. 20006
Tel: (202) 378-2300
Fax: (202) 378-2318
brian.waagner@huschblackwell.com

Buffey E. Klein, *pro hac vice*
HUSCH BLACKWELL LLP
2001 Ross Avenue, Suite 2000
Dallas, Texas  75201
Tel: (214) 999-6100
Fax: (214) 999-6170
buffey.klein@huschblackwell.com

*Counsel for Receiver Gregory S. Milligan*

## CERTIFICATE OF SERVICE

On September 2, 2020, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court for the District of Maryland, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically through the Court's CM/ECF filing system for all parties who have registered to receive electronic service. Additionally, the foregoing document was served on the following parties not registered for Court's CM/ECF filing system as indicated below:

**Defendant Kevin B. Merrill (via U.S. Mail):**

Kevin B. Merrill, #64274-037
FCI Allenwood Low
Federal Correctional Institution
P.O. Box 1000
White Deer, PA 17887

**Defendant Jay B. Ledford (via U.S. Mail):**

Jay B. Ledford, #55055-048
FCI Safford
Federal Correctional Institution
P.O. Box 9000
Safford, AZ 85548

**Criminal Counsel for Defendant Kevin B. Merrill (via E-Mail):**

Elizabeth Genevieve Oyer
Office of the Federal Public Defender
100 S Charles St Ste 900 Tower II
Baltimore, MD 21201
liz_oyer@fd.org

Maggie Grace
Office of the Federal Public Defender
100 S Charles St, Tower II, 9th Floor
Baltimore, MD 21201
maggie_grace@fd.org

**Criminal Counsel for Defendant Jay B. Ledford (via E-Mail and U.S. Mail):**

Harry J Trainor , Jr
Trainor Billman Bennett and Milko LLP
116 Cathedral St Ste E
Annapolis, MD 21401
htrain@prodigy.net

**Criminal Counsel for Defendant Cameron R. Jezierski (via E-Mail and U.S. Mail):**

Joseph J Aronica
Duane Morris LLP
505 9th St NW Ste 1000
Washington, DC 20004
jjaronica@duanemorris.com

**Criminal Counsel for Relief Defendant Amanda Merrill (via E-Mail and U.S. Mail):**

Addy R. Schmitt
Ian Herbert
Miller & Chevalier Chartered
900 16th St NW
Washington, DC 20006
aschmitt@milchev.com
iherbert@milchev.com

**Relief Defendant Lalaine Ledford (via U.S. Mail):**

Lalaine Ledford
10512 Courtney Cove Ave.
Las Vegas, NV 89144
lalainebarretto@yahoo.com

**Baltimore County Office of Law (via E-Mail and U.S. Mail):**

Susan B. Dubin
Baltimore County Office of Law
400 Washington Avenue
Towson, Maryland 21204
sdubin@baltimorecountymd.gov

**Dundalk United Methodist Church (U.S. Mail):**

Dundalk United Methodist Church
c/o Edward F. Mathus
6903 Mornington Road
Baltimore, Maryland 21222

**Lienholders, Tax Assessors, and Other Interested Parties (U.S. Mail):**

Florida Community Bank, N.A.
2325 Vanderbilt Beach Road
Naples, Florida 34109

Mortgage Electronic Registration Systems, Inc.
PO Box 2026
Flint, Michigan 48501-2026

Collier County, Florida Tax Assessor
3291 Tamiami Trail East
Naples, Florida 34112

Maryland Department of Assessments & Taxation
301 W. Preston Street
Baltimore, Maryland 21201-2395

Branch Banking and Trust Company,
A North Carolina Banking Corporation
PO Box 1290
Whiteville, North Carolina 28472

Talbot County, Maryland Finance Office
Talbot County Courthouse
11 North Washington Street, Suite 9
Easton, Maryland 21601

HSBC Bank USA, National Association, as trustee of
J.P. Morgan Alternative Loan Trust 2006-A5
c/o Howard n. Bierman, Trustee
c/o Select Portfolio Servicing, Inc.
3815 Southwest Temple
Salt Lake City, Utah 84115

Clark County, Nevada Tax Assessor
500 S. Grand Central Parkway
Las Vegas, Nevada 89155

First Financial Bank, N.A. Southlake
3205 E. Hwy. 114
PO Box 92840
Southlake, Texas 76092

Hunter Kelsey of Texas, LLC
4131 Spicewood Springs Road, Bldg. J-1A
Austin, Texas 78759

Frost Bank, f/k/a The Frost National Bank
c/o Michael J. Quilling
Quilling, Selander Lownds, Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201

The City of Colleyville, Texas
c/o Victoria W. Thomas
Nichols, Jackson, Dilard, Hager & Smith, L.L.P.
1800 Lincoln Plaza
500 North Akard
Dallas, Texas 75201

Tarrant County, Texas Tax Assessor
100 E. Weatherford
Fort Worth, Texas 76196

J Trust
c/o Hillary RE. Badrow, Trustee
2801 Paramount Boulevard
Amarillo, Texas 79109

Dallas Central Appraisal District
2949 N. Stemmons Freeway
Dallas, Texas 75247-6195

Bozeman West
PO Box 1970
15632 West Main Street
Bozeman, Montana 59771-1970

Neil A. Patel
5308 Burgandy Court
Colleyville, Texas 76034

TIB – The Independent BankersBank
350 Phelps Court, Suite 200
PO Box 560528i
Dallas, Texas 75356-0528

Wachovia Mortgage, FSB
PO Box 659548
San Antonio, Texas 78265-9548

Denton County Tax Assessor
1505 E. McKinney Street
Denton, Texas 76209-4525

Potter County, Texas Tax Assessor
900 South Polk, Suite 106
Amarillo, Texas 79101

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306

Albertelli Law
Attn: Coury M. Jacocks
2201 W. Royal Lane, Suite 155
Irving, TX 75063

Samuel I. White, P.C.
5040 Corporate Woods Drive, Suite 120
Virginia Beach, VA 23462

8

HB: 4827-7217-3257.1