IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** * | |
| * | |
| **Plaintiff,** | |
| * | |
| v. | Case No. 1:18-cv-02844-RDB |
| * | |
| **KEVIN B. MERRILL,** *et al.*, | |
| * | |
| **Defendants.** | |
| * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **MOTION FOR RECONSIDERATION**

Non-parties Harrison Gray and Charles Gray, pursuant to Federal Rules of Civil Procedure 7, 54, 59, and 60, and United States District Court for the District of Maryland Local Rule 105(10), and by their undersigned counsel, hereby move the Court to reconsider its August 28, 2020 Order (ECF No. 337) granting the Motion to Enforce the Receivership Order and Petition for Order to Show Cause Against Charles Gray and Harrison Gray for their Failure to Turn Over Assets Pursuant to the Amended Receivership Order (ECF No. 334) filed by the Receiver Gregory S. Milligan.  Pursuant to Local Rule 105(1), a memorandum setting forth the reasoning and authorities in support of this Motion is being filed contemporaneously.

WHEREFORE, non-parties Harrison Gray and Charles Gray request that the Court grant this Motion for Reconsideration, vacate its August 28, 2020 Order, deny the Receiver's Motion, award them costs, and grant them any and further such relief as is just.

0105872;1

Respectfully submitted,

/s/ Lee B. Rauch
Lee B. Rauch (Federal Bar No. 12135)
Freeman Rauch, LLC
409 Washington Avenue, Suite 200
Towson, Maryland 21204
(410) 842-6600 - phone
(410) 825-1316 - fax
lbr@freemanrauch.com

*Attorney for Harrison Gray and Charles Gray*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 4th day of September, 2020, a copy of the foregoing Motion for Reconsideration was served via the CM/ECF system on all counsel of record.

/s/ Lee B. Rauch
Lee B. Rauch

0105872;1                         3