IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) Plaintiff, ) ) v. ) ) KEVIN B. MERRILL, et al., ) ) Defendants. ) | Case No.: 1:18-cv-02844-RDB |

**ORDER GRANTING RECEIVER'S MOTION FOR APPROVAL
OF EIGHTH INTERIM FEE APPLICATION OF HUSCH BLACKWELL LLP**

Before the Court is the Receiver's Motion for Approval of Eighth Interim Fee Application of Husch Blackwell LLP. Having considered the motion, and any responses or objections thereto, the evidence presented, and arguments of counsel, if any, the Court finds that the time spent, services performed, hourly rates charged, and expenses incurred by Husch Blackwell LLP on behalf of the Receivership Estate were reasonable and necessary for the Receiver to perform his Court-ordered duties. The Court, having reviewed the Motion, is of the opinion that the Motion be and is hereby GRANTED.

It is therefore ORDERED that payment in the amount of $183,019.35 for the fees and expenses incurred between July 1, 2020 and September 30, 2020 is approved.

Signed this ____ day of _____, 2020.

_____
RICHARD D. BENNETT
UNITED STATES DISTRICT COURT JUDGE

HB: 4814-9203-1442.1