# EXHIBIT A

HB: 4844-5797-0359.2

## NOTICE OF RECEIVERSHIP CLAIMS PROCEDURE

Gregory S. Milligan, the Court-appointed Receiver (the "Receiver") in the civil action styled *Securities and Exchange Commission v. Kevin B. Merrill, Jay B. Ledford, et al.*, pending in the United States District Court for the District of Maryland, Civil Action No. 18-cv-02844-RDB, gives public notice that a Claims Bar Date of (**CLAIMS BAR DATE**) has been set in this matter. Investors or creditors of any kind that believe they may have claims against the Receivership Estate must file a claim with the Receiver in accordance with the Court-approved procedure on or before (**CLAIMS BAR DATE**). Any person or entity failing to submit a claim on or before (**CLAIMS BAR DATE**) will be forever barred from asserting a claim against the Receivership Estate and from participating in any future distribution from the Receivership Estate. To obtain more information on how to submit a claim, please visit www.Merrill-Ledford.com or contact the Receiver's Court-appointed claims agent at:

Merrill-Ledford Claims
c/o Stretto
8269 E. 23rd Avenue, Suite 275
Denver, CO 80238
Website: www.Merrill-Ledford.com/Claims-Process/
E-Mail: TeamMerrillLedford@stretto.com

/s/ Gregory S. Milligan
Court-Appointed Receiver in *SEC v. Merrill, et al.*

HB: 4844-5797-0359.2