# EXHIBIT C

HB: 4836-4984-5687.2

**Attachment B – Schedule**

**Investor Information**

Smith, John (Investor Number - ##)

123 Main Street

Baltimore, MD 12345

| | Transaction Information | | | | Investor Verification | | |
|---|---|---|---|---|---|---|---|
| Date | Transaction Type | Reference Number | Contribution | Withdrawal | Confirm | Reject | Comments |
| 4/3/2015 | Wire Transfer | | $ 500,000.00 | | | | |
| 5/4/2015 | Check | 1234 | $ 25,000.00 | | | | |
| 11/14/2017 | Wire Transfer | | | $ 75,000.00 | | | |
| 4/30/2018 | Check | 9876 | | $ 100,000.00 | | | |
| | | Totals | $ 525,000.00 | $ 175,000.00 | | | |
| | | Net Transactions Gain/(Loss) | ($350,000.00) | | | | |
| | | Claim Amount: | **$350,000.00** | | | | |

    I further state that I have / have not (CIRCLE ONE) received payments or funds from another source for the losses that I sustained as a result of the above investments.  Such recoveries or funds may include, but are not limited to, settlements in separate litigation, recoveries paid by state-court receivers, and other payments to victims (these payments are referred to herein as "Compensation Payments").  Failure to disclose Compensation Payments on this form may result in you losing your right to participate in any ultimate distribution in this SEC Action.  In addition, please be advised that you have an ongoing duty to disclose to the Receiver any future Compensation Payments that you may receive after the submission of this schedule.

HB: 4836-4984-5687.2

**Attachment B – Schedule**

If you have received payments or funds from another source, please complete the following for each payment you received. If you did not receive payments or funds from another source, you can leave the chart below blank. Please attach additional pages if the space provided below is insufficient to identify all Compensation Payments that you have received.

| Payor | Date of Payment | Amount of Payment | Reason for Payment |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

[To be included for Investment Entities: As _____ (title) for [Investment Entity], I hereby certify that: (i) [Investment Entity] has maintained its legal status as an active entity; (ii) [Investment Entity] is authorized to submit claims and receive distributions on behalf of the individual investors within it that invested with [Investment Entity]; and (iii) [Investment Entity] will distribute any interim and final distribution to the individual investors within it in accordance with any Court-authorized distribution plan.]

I declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the information contained herein is true and correct.

Executed on _____ ____, 2021.   _____
                                                                                          **Signature**

HB: 4836-4984-5687.2