# EXHIBIT D

HB: 4836-3744-3798.4

**Merrill-Ledford Claims**
**c/o Stretto**
**8269 E. 23rd Avenue, Suite 275**
**Denver, CO 80238**

**Website: www.Merrill-Ledford.com/Claims-Process/**
**E-Mail: TeamMerrillLedford@stretto.com**

RE:   *Securities and Exchange Commission v. Kevin B. Merrill, Jay B. Ledford, et al.*
      United States District Court for the District of Maryland
      Civil Action No. 18-cv-02844-RDB

**IMPORTANT NOTICE**

Dear [Investment Entity Individual Investor]:

You are receiving this letter because you have been identified as having invested with [Investment Entity]. [Investment Entity] invested with an entity that is subject to the above-referenced action filed by the Securities and Exchange Commission on September 13, 2018 (the "SEC Action"). The Court in the SEC Action has appointed Gregory S. Milligan as the Receiver (the "Receiver") and has been tasked with investigating, marshaling, and preserving all assets and interests of the people and entities subject to the Receivership Order (the "Receivership Parties")[1] for the benefit of the defrauded investors and other creditors of the Receivership Estate.

The enclosed notice was sent to [Investment Entity] by the Receiver with information and instructions on how [Investment Entity] can submit a claim against the assets and other interests of the Receivership Parties (the "Receivership Estate"). Because you invested through [Investment Entity], any claim you might have against the Receivership Estate based on your investment with [Investment Entity] will be encompassed by [Investment Entity's] claim. Accordingly, you do not need to submit a claim directly with the Receiver based on your investment with [Investment Entity] as it will be administered through [Investment Entity]'s claim.

You should be in touch with your fund organizer, managing partner, or state-court receiver regarding your interest or investment in the [Investment Entity].

If you have any questions regarding this letter or the SEC Action, please feel free to contact the Receiver, through his counsel, Buffey E. Klein, at (214) 999-6152.

---

[1] The Receivership Parties are defined in the Receivership Order as: (i) Kevin B. Merrill; (ii) Jay B. Ledford; (iii) Jezierski; (iv) Global Credit Recovery, LLC; (v) Delmarva Capital, LLC; (vi) Rhino Capital Holdings, LLC; (vii) Rhino Capital Group, LLC; (viii) DeVille Asset Management LTD; (ix) Riverwalk Financial Corporation; (x) K.B. Merrill Associates; (xi) Financial Reclamation Group LLC; (xii) Halo Credit Solutions LLC; (xiii) JBL Holdings LLC; (xiv) Jay B. Ledford, P.C.; (xv) the Joseph Finance Company; (xvi) Leddy Bear LTD; (xvii) Ledford & Associates, PLLC; (xviii) King Fischer LTD d/b/a LP Investments LTD; (xix) NLEX, Inc.; (xx) Receivables Portfolio Interchange, Inc.; (xxi) Riverwalk Capital Investments, Inc.; (xxii) Riverwalk Credit Solutions, Inc.; (xxiii) Riverwalk Debt Solutions, Inc.; (xxiv) Riverwalk Fixed Asset Group LLC; (xxv) SCUSA Financial, Inc.; (xxvi) Vaquero Asset Management, Inc.; (xxvii) CRJ Holdings LLC; (xxviii) Centurion Capital Corporation; (xxix) GCR CBL CP I, LLC; (xxx) GCR CBL CP II, LLC; (xxxi) GCR CBL CP III, LLC; (xxxii) GCR CBL CP IV, LLC; (xxxiii) GCR HCP Holdings 1, LLC; (xxxiv) GCR Mercer Holdings, LLC; (xxxv) the J Trust; and (xxxvi) the Kevin B. Merrill Revocable Living Trust. *See* Receivership Order, Dkt. No. 62 at ¶ 1.