# EXHIBIT E

HB: 4846-6172-1783.3

*Securities and Exchange Commission v. Kevin B. Merrill, Jay B. Ledford, et al.*
United States District Court for the District of Maryland
Civil Action No. 18-cv-02844-RDB

# CREDITOR CLAIM FORM

**Please complete and mail or e-mail to:**

**Merrill-Ledford Claims**
c/o Stretto
8269 E. 23rd Avenue, Suite 275
Denver, CO 80238
Website: www.Merrill-Ledford.com/Claims-Process/
E-Mail: TeamMerrillLedford@stretto.com

**IF YOU HAVE NOT RECEIVED A NOTICE IN THE MAIL FROM THE RECEIVER SETTING FORTH THE AMOUNT OF YOUR PROPOSED CLAIM, THIS SIGNED CLAIM FORM MUST BE RECEIVED AT THE ADDRESS LISTED ABOVE BY [\*\*CLAIMS BAR DATE\*\*].  PLEASE NOTE THAT IF YOU FAIL TO COMPLETE, SIGN, AND SUBMIT THE ENCLOSED SCHEDULE TO THE RECEIVER, YOU WILL NOT HAVE A CLAIM IN THE ABOVE-REFERENCED SEC ACTION.**

Name of Creditor: _____

Address: _____

Email Address: _____

Telephone No.: _____

Date of Claim: _____

Amount of Claim: _____

Please attach copies of all documents relating to, evidencing, or supporting your claim (*e.g.*, invoices, receipts, correspondence, etc.).  Do not send original documents.  Copies of the documents provided to the Receiver will not be returned to the Creditor.  You must maintain the original documents as the Receiver may ultimately request them for verification.

I declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the foregoing is true and correct.

Executed on _____ ____, 2021.    _____
                                            Signature

                                            _____
                                            Printed Name

For additional information regarding the receivership and claims process in the above-referenced SEC Action, please visit the Receiver's website at www.Merrill-Ledford.com.

HB: 4846-6172-1783.3