# EXHIBIT G

HB: 4846-3115-8994.1

# RELIEF DEFENDANT NOTICE OF CLAIMS PROCEDURE AND CLAIMS BAR DATE

**Merrill-Ledford Claims**
c/o Stretto
**8269 E. 23rd Avenue, Suite 275**
**Denver, CO 80238**

Website: www.Merrill-Ledford.com/Claims-Process/
E-Mail: TeamMerrillLedford@stretto.com

RE:   *Securities and Exchange Commission v. Kevin B. Merrill, Jay B. Ledford, et al.*
        **United States District Court for the District of Maryland**
        **Civil Action No. 18-cv-02844-RDB**

## IMPORTANT NOTICE

Dear Relief Defendant:

This is an important notification from the Court-appointed Receiver, Gregory S. Milligan (the "Receiver"), in the above-referenced action that was filed on September 13, 2018 (the "SEC Action").[1] Pursuant to the First Amended Order Appointing Temporary Receiver (Dkt. No. 62) (the "Receivership Order"),[2] the Receiver has been tasked with investigating, marshaling, and preserving all assets and interests (the "Receivership Estate") of the people and entities subject to the Receivership Order (the "Receivership Parties")[3] for the benefit of the defrauded investors and other creditors of the Receivership Estate. On [**DATE**], the Court in the SEC Action issued an Order Setting Claims Bar Date, Establishing Claims Procedure, and Approving Notification Process (Dkt. No. [**DKT. NO.**]) (the "Order") with regards to the Relief Defendants and other potential creditors in the SEC Action. A copy of the Court's Order is included herein as **Attachment A** for your notice and review. A copy of the Order is also available at www.Merrill-Ledford.com. In accordance with the Court-approved claims procedure, this letter serves as notice

---

[1] For information regarding the receivership in the SEC Action, please visit www.Merrill-Ledford.com.

[2] A copy of the Receivership Order has been published on the Receiver's website and is available at https://merrill-ledford.com/wp-content/uploads/2019/01/First-Amended-Order-Appointing-Receiver-11.27.18.pdf.

[3] The Receivership Parties are defined in the Receivership Order as: (i) Kevin B. Merrill; (ii) Jay B. Ledford; (iii) Jezierski; (iv) Global Credit Recovery, LLC; (v) Delmarva Capital, LLC; (vi) Rhino Capital Holdings, LLC; (vii) Rhino Capital Group, LLC; (viii) DeVille Asset Management LTD; (ix) Riverwalk Financial Corporation; (x) K.B. Merrill Associates; (xi) Financial Reclamation Group LLC; (xii) Halo Credit Solutions LLC; (xiii) JBL Holdings LLC; (xiv) Jay B. Ledford, P.C.; (xv) the Joseph Finance Company; (xvi) Leddy Bear LTD; (xvii) Ledford & Associates, PLLC; (xviii) King Fischer LTD d/b/a LP Investments LTD; (xix) NLEX, Inc.; (xx) Receivables Portfolio Interchange, Inc.; (xxi) Riverwalk Capital Investments, Inc.; (xxii) Riverwalk Credit Solutions, Inc.; (xxiii) Riverwalk Debt Solutions, Inc.; (xxiv) Riverwalk Fixed Asset Group LLC; (xxv) SCUSA Financial, Inc.; (xxvi) Vaquero Asset Management, Inc.; (xxvii) CRJ Holdings LLC; (xxviii) Centurion Capital Corporation; (xxix) GCR CBL CP I, LLC; (xxx) GCR CBL CP II, LLC; (xxxi) GCR CBL CP III, LLC; (xxxii) GCR CBL CP IV, LLC; (xxxiii) GCR HCP Holdings 1, LLC; (xxxiv) GCR Mercer Holdings, LLC; (xxxv) the J Trust; and (xxxvi) the Kevin B. Merrill Revocable Living Trust. *See* Receivership Order, Dkt. No. 62 at ¶ 1.

HB: 4846-3115-8994.1

of the claims procedure and an opportunity for you to submit a claim against the Receivership Estate as a Relief Defendant.

**IF YOU WOULD LIKE TO ASSERT A CLAIM TO CERTAIN PROPERTY OR SALE PROCEEDS OF THE RECEIVERSHIP ESTATE OR IF YOU BELIEVE YOU ARE OWED MONEY FROM ANY OF THE RECEIVERSHIP PARTIES, PLEASE COMPLETE THE ENCLOSED CLAIM FORM AND RETURN THE ORIGINAL CLAIM FORM, WITH ALL SUPPORTING DOCUMENTATION, TO THE RECEIVER AT THE ADDRESS ABOVE ON OR BEFORE [**CLAIMS BAR DATE**].** YOU MUST COMPLETE THE CLAIM FORM AND PROVIDE ALL DOCUMENTS AND INFORMATION SUPPORTING YOUR CLAIM.  IN ORDER FOR YOUR CLAIM TO BE CONSIDERED, THE RECEIVER MUST RECEIVE THE COMPLETED CLAIM FORM, POSTMARKED OR E-MAILED ON OR BEFORE [**CLAIMS BAR DATE**].

ALL CLAIMANTS NOT PRESENTING CLAIMS POSTMARKED OR E-MAILED ON OR BEFORE [**CLAIMS BAR DATE**] SHALL BE FOREVER BARRED FROM PARTICIPATING IN THE DISTRIBUTION OF ASSETS OF THE RECEIVERSHIP PARTIES.

The resolution of your timely submitted claims will not occur until after a judgment is entered resolving the claims asserted against you in this SEC Action.  Upon entry of a judgment with respect to the claims against you, the Receiver will review and consider all timely submitted claims and will notify you in writing within thirty (30) days immediately following entry of the judgment against you his determination as to your claim. If the Receiver accepts your claim, the Receiver's response will confirm the final amount of your allowed claim against the Receivership Estate.

If the Receiver disputes your claim, you will have twenty-one (21) days from the date of his notice of dispute within which to supplement your claim and re-submit it to the Receiver.  If you fail to supplement your claim or if the Receiver still objects following your supplementation, the Receiver will seek Court intervention in making a final determination on your claim.

**NOTE: YOU MAY NOT RECEIVE THE FULL AMOUNT OF YOUR ALLOWED CLAIM FROM THE RECEIVERSHIP ESTATE.**  Your claim represents the amount of your loss which will be taken into account in a future interim or final distribution process to be approved by the Court.  The distribution procedure and methodology will be determined by the Court at a later date. The Receiver will mail and e-mail the Relief Defendants a copy of the proposed plan of distribution and will publish a copy on the Receiver's website: www.Merrill-Ledford.com.  If you do not have regular access to the internet, please send a request for direct notice to the Receiver's address or E-Mail address indicated above.  Relief Defendants and other parties in interest will have an opportunity to review the proposed plan of distribution and file responses and objections thereto.

Finally, please be advised that the notice provided herewith relates solely to your claim against the Receivership Estate and does not affect the Receiver's right to pursue other claims, including but not limited to fraudulent transfer claims, which right is expressly reserved.

Thank you for your attention to and cooperation with this matter.

HB: 4846-3115-8994.1

/s/Lynn H. Butler
Lynn H. Butler, *pro hac vice*
HUSCH BLACKWELL LLP
111 Congress Ave., Suite 1400
Austin, TX 78701
Tel: (512) 472-5456
Fax: (512) 479-1101
lynn.butler@huschblackwell.com

Buffey E. Klein, *pro hac vice*
HUSCH BLACKWELL LLP
2001 Ross Avenue, Suite 2000
Dallas, Texas 75201
Tel: (214) 999-6100
Fax: (214) 999-6170
buffey.klein@huschblackwell.com

*Counsel for Receiver Gregory S. Milligan*

HB: 4846-3115-8994.1