IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

SECURITIES AND EXCHANGE COM.

v.                                              CIV. No. RDB-18-2844
                                  *
KEVIN B. MERRILL, ET AL.
                                  *

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

JOINT STATUS REPORT BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION AND RELIEF DEFENDANT AMANDA MERRILL REGARDING SCHEDULING ORDER FOLLOWING ENTRY OF COURT ORDER ECF # 419 INCLUDING REQUEST FOR EXTENSION OF TIME TO FILE ANSWER

Relief Defendant Amanda Merrill, by Nathans & Biddle LLP, by Robert W. Biddle, Esq., and Plaintiff Securities and Exchange Commission (the "SEC") hereby provide this joint status report in response to the Court's request for a joint proposed scheduling order pertaining to the SEC's claims against Ms. Merrill, following the Court's denial of Ms. Merrill's motion to dismiss and for partial summary judgment (Dkt. 419). The parties jointly request leave to submit a proposed scheduling order on April 21, 2021, following the filing of Ms. Merrill's Answer. Ms. Merrill requests a one-week extension to file her Answer by April 14, 2021, and the SEC consents to this proposed extension of time.

Counsel for Ms. Merrill and the SEC conferred by WebEx on March 31, 2021. The parties discussed possible ways to expedite discovery and to shorten the time period to return to the Court following completion of discovery. Those options included ways to frame the necessary discovery based on Ms. Merrill's to-be-filed answer. With the upcoming Easter weekend and the need to confer on the substance of the to-be-filed answer as a vehicle to potentially shorten and simplify the discovery period, Ms. Merrill requests this Court's approval for her Answer to be filed no later than the close of business Wednesday, April 14, 2021, and the SEC consents to this extension. The parties request that they provide this Court with a proposed scheduling order no later than Wednesday, April 21, 2021. The parties believe that postponing submission of a proposed scheduling order until after Ms. Merrill files her Answer is appropriate because, depending on the contents of Ms. Merrill's Answer, the parties may be able to shorten and simplify the proposed discovery schedule. The Court's approval for this schedule for the Answer and scheduling order is requested below.

Respectfully submitted,

/s/

_____

Robert W. Biddle, Esq.
NATHANS & BIDDLE LLP
SunTrust Bank Building
120 East Baltimore Street
Suite 1800
Baltimore, Maryland 21202
410-783-0272

Counsel to Relief Defendant Amanda Merrill


SECURITIES AND EXCHANGE COMMISSION


/s/

_____

Mark R. Sylvester, Esq.
Securities and Exchange Commission
200 Vesey Street, Suite 400
NY, NY 10281
(212) 336-0159
sylvesterm@sec.gov

3

Jennifer Chun Barry
Julia C. Green
1617 JFK Boulevard, #520
Philadelphia, PA 19103
(215) 597-3100 (P)
(215) 597-2740 (FAX)
barryj@sec.gov
greenju@sec.gov

Dated: March 31, 2021

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was sent by ECF email to counsel of record.

/s/

_____
Robert W. Biddle

APPROVED:


_____
Hon. Richard D. Bennett
U.S. District Court Judge

April ___, 2021