IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN B. MERRILL, et al.,<br><br>Defendants. | Case No.: 1:18-cv-02844-RDB |

**ORDER GRANTING RECEIVER'S MOTION FOR APPROVAL OF ELEVENTH INTERIM FEE APPLICATION OF HMP ADVISORY HOLDINGS, LLC, D/B/A HARNEY PARTNERS**

Before the Court is the Receiver's Motion for Approval of Eleventh Interim Fee Application of HMP Advisory Holdings, LLC, d/b/a Harney Partners (the "Motion"). Having considered the Motion, and any responses or objections thereto, the evidence presented, and arguments of counsel, if any, the Court finds that the time spent, services performed, hourly rates charged, and expenses incurred by the Receiver and HMP Advisory Holdings, LLC, d/b/a Harney Partners, on behalf of the Receivership Estate were reasonable and necessary for the Receiver to perform his Court-ordered duties. The Court, having reviewed the Motion, is of the opinion that the Motion be and is hereby GRANTED.

It is therefore ORDERED that payment in the amount of $67,034.92 for fees and expenses incurred between April 1, 2021 and June 30, 2021 is approved.

Signed this _____ day of _____, 2021.

_____
RICHARD D. BENNETT
UNITED STATES DISTRICT COURT JUDGE

HB: 4817-1798-6299.6