IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
10/26/2021
CLERK'S OFFICE
AT BALTIMORE
BY O.L., DEPUTY CLERK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Case No. RDB-18-2844 |
| v. | |
| KEVIN B. MERRILL, et al., | |
| Defendants. | |

## [PROPOSED] ORDER

The Court, having considered the Joint Motion Seeking a Stay of All Deadlines in the Securities and Exchange Commission's Case Against Relief Defendant Lalaine Ledford, finds that the joint motion should be, and hereby is, GRANTED.

The Court further orders that:

1. All deadlines in the Commission's case against Relief Defendant Lalaine Ledford are stayed pending further order of the Court.

2. Counsel for the Commission shall update the Court as to the status of any settlement within 90 days of the date of this Order.

3. All other pending deadlines, including the deadlines concerning the Commission's case against relief defendant Amanda Merrill, shall remain in effect.

IT IS SO ORDERED, this 25th day of October, 2021.

HON. RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE