# EXHIBIT B

| Investor Code | Allowed Claim | % Loss | Current Recovery | Initial Distribution Rising Tide | Recovery in Rising Tide | Initial Distribution Net Loss | Recovery in Net Loss |
|---|---|---|---|---|---|---|---|
| **Class 4a** | | | | | | | |
| I-0277 | $ 200,000.00 | -100.0% | 0.00% | $ 97,720.47 | 48.86% | $ 56,335.93 | 28.17% |
| I-0200 | $ 50,000.00 | -100.0% | 0.00% | $ 24,430.12 | 48.86% | $ 14,083.98 | 28.17% |
| I-0180 | $ 100,000.00 | -100.0% | 0.00% | $ 48,860.23 | 48.86% | $ 28,167.97 | 28.17% |
| I-0011 | $ 1,000,000.00 | -100.0% | 0.00% | $ 488,602.33 | 48.86% | $ 281,679.66 | 28.17% |
| I-0217 | $ 150,000.00 | -100.0% | 0.00% | $ 73,290.35 | 48.86% | $ 42,251.95 | 28.17% |
| I-0017 | $ 2,603,473.75 | -100.0% | 0.00% | $ 1,272,063.34 | 48.86% | $ 733,345.60 | 28.17% |
| I-0324 | $ 1,140,000.00 | -100.0% | 0.00% | $ 557,006.66 | 48.86% | $ 321,114.81 | 28.17% |
| I-0020 | $ 500,047.95 | -100.0% | 0.00% | $ 244,324.59 | 48.86% | $ 140,853.34 | 28.17% |
| I-0192 | $ 150,000.00 | -100.0% | 0.00% | $ 73,290.35 | 48.86% | $ 42,251.95 | 28.17% |
| I-0029 | $ 60,000.00 | -100.0% | 0.00% | $ 29,316.14 | 48.86% | $ 16,900.78 | 28.17% |
| I-0207 | $ 200,000.00 | -100.0% | 0.00% | $ 97,720.47 | 48.86% | $ 56,335.93 | 28.17% |
| I-0037 | $ 142,300.00 | -100.0% | 0.00% | $ 69,528.11 | 48.86% | $ 40,083.02 | 28.17% |
| I-0241 | $ 100,000.00 | -100.0% | 0.00% | $ 48,860.23 | 48.86% | $ 28,167.97 | 28.17% |
| I-0045 | $ 50,000.00 | -100.0% | 0.00% | $ 24,430.12 | 48.86% | $ 14,083.98 | 28.17% |
| I-0305 | $ 70,000.00 | -100.0% | 0.00% | $ 34,202.16 | 48.86% | $ 19,717.58 | 28.17% |
| I-0049 | $ 200,000.00 | -100.0% | 0.00% | $ 97,720.47 | 48.86% | $ 56,335.93 | 28.17% |
| I-0400 | $ 50,000.00 | -100.0% | 0.00% | $ 24,430.12 | 48.86% | $ 14,083.98 | 28.17% |
| I-0053 | $ 250,000.00 | -100.0% | 0.00% | $ 122,150.58 | 48.86% | $ 70,419.91 | 28.17% |
| I-0190 | $ 50,000.00 | -100.0% | 0.00% | $ 24,430.12 | 48.86% | $ 14,083.98 | 28.17% |
| I-0056 | $ 50,000.00 | -100.0% | 0.00% | $ 24,430.12 | 48.86% | $ 14,083.98 | 28.17% |
| I-0198 | $ 50,000.00 | -100.0% | 0.00% | $ 24,430.12 | 48.86% | $ 14,083.98 | 28.17% |
| I-0057 | $ 4,200,000.00 | -100.0% | 0.00% | $ 2,052,129.78 | 48.86% | $ 1,183,054.56 | 28.17% |
| I-0202 | $ 650,000.00 | -100.0% | 0.00% | $ 317,591.51 | 48.86% | $ 183,091.78 | 28.17% |
| I-0064 | $ 194,044.43 | -100.0% | 0.00% | $ 94,810.56 | 48.86% | $ 54,658.37 | 28.17% |
| I-0210 | $ 605,000.00 | -100.0% | 0.00% | $ 295,604.41 | 48.86% | $ 170,416.19 | 28.17% |
| I-0065 | $ 70,000.00 | -100.0% | 0.00% | $ 34,202.16 | 48.86% | $ 19,717.58 | 28.17% |
| I-0223 | $ 50,000.00 | -100.0% | 0.00% | $ 24,430.12 | 48.86% | $ 14,083.98 | 28.17% |
| I-0072 | $ 45,000.00 | -100.0% | 0.00% | $ 21,987.10 | 48.86% | $ 12,675.58 | 28.17% |
| I-0244 | $ 800,000.00 | -100.0% | 0.00% | $ 390,881.86 | 48.86% | $ 225,343.73 | 28.17% |
| I-0075 | $ 400,000.00 | -100.0% | 0.00% | $ 195,440.93 | 48.86% | $ 112,671.86 | 28.17% |
| I-0303 | $ 434,078.00 | -100.0% | 0.00% | $ 212,091.52 | 48.86% | $ 122,270.94 | 28.17% |
| I-0079 | $ 800,000.00 | -100.0% | 0.00% | $ 390,881.86 | 48.86% | $ 225,343.73 | 28.17% |
| I-0317 | $ 10,000.00 | -100.0% | 0.00% | $ 4,886.02 | 48.86% | $ 2,816.80 | 28.17% |
| I-0080 | $ 557,000.00 | -100.0% | 0.00% | $ 272,151.50 | 48.86% | $ 156,895.57 | 28.17% |
| I-0166 | $ 60,000.00 | -100.0% | 0.00% | $ 29,316.14 | 48.86% | $ 16,900.78 | 28.17% |
| I-0085 | $ 50,000.00 | -100.0% | 0.00% | $ 24,430.12 | 48.86% | $ 14,083.98 | 28.17% |
| I-0176 | $ 100,000.00 | -100.0% | 0.00% | $ 48,860.23 | 48.86% | $ 28,167.97 | 28.17% |
| I-0087 | $ 16,906.26 | -100.0% | 0.00% | $ 8,260.44 | 48.86% | $ 4,762.15 | 28.17% |
| I-0182 | $ 251,767.33 | -100.0% | 0.00% | $ 123,014.10 | 48.86% | $ 70,917.74 | 28.17% |
| I-0092 | $ 100,000.00 | -100.0% | 0.00% | $ 48,860.23 | 48.86% | $ 28,167.97 | 28.17% |
| I-0191 | $ 35,000.00 | -100.0% | 0.00% | $ 17,101.08 | 48.86% | $ 9,858.79 | 28.17% |
| I-0093 | $ 270,000.00 | -100.0% | 0.00% | $ 131,922.63 | 48.86% | $ 76,053.51 | 28.17% |
| I-0196 | $ 254,664.19 | -100.0% | 0.00% | $ 124,429.52 | 48.86% | $ 71,733.72 | 28.17% |
| I-0103 | $ 30,000.00 | -100.0% | 0.00% | $ 14,658.07 | 48.86% | $ 8,450.39 | 28.17% |
| I-0199 | $ 50,000.00 | -100.0% | 0.00% | $ 24,430.12 | 48.86% | $ 14,083.98 | 28.17% |
| I-0107 | $ 400,000.00 | -100.0% | 0.00% | $ 195,440.93 | 48.86% | $ 112,671.86 | 28.17% |
| I-0201 | $ 100,000.00 | -100.0% | 0.00% | $ 48,860.23 | 48.86% | $ 28,167.97 | 28.17% |
| I-0112 | $ 500,000.00 | -100.0% | 0.00% | $ 244,301.16 | 48.86% | $ 140,839.83 | 28.17% |
| I-0205 | $ 110,000.00 | -100.0% | 0.00% | $ 53,746.26 | 48.86% | $ 30,984.76 | 28.17% |
| I-0115 | $ 400,000.00 | -100.0% | 0.00% | $ 195,440.93 | 48.86% | $ 112,671.86 | 28.17% |
| I-0209 | $ 40,000.00 | -100.0% | 0.00% | $ 19,544.09 | 48.86% | $ 11,267.19 | 28.17% |
| I-0116 | $ 500,000.00 | -100.0% | 0.00% | $ 244,301.16 | 48.86% | $ 140,839.83 | 28.17% |
| I-0216 | $ 50,000.00 | -100.0% | 0.00% | $ 24,430.12 | 48.86% | $ 14,083.98 | 28.17% |
| I-0124 | $ 100,000.00 | -100.0% | 0.00% | $ 48,860.23 | 48.86% | $ 28,167.97 | 28.17% |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| I-0222 | $ | 125,000.00 | -100.0% | 0.00% | $ | 61,075.29 | 48.86% | $ | 35,209.96 | 28.17% |
| I-0126 | $ | 100,000.00 | -100.0% | 0.00% | $ | 48,860.23 | 48.86% | $ | 28,167.97 | 28.17% |
| I-0231 | $ | 100,000.00 | -100.0% | 0.00% | $ | 48,860.23 | 48.86% | $ | 28,167.97 | 28.17% |
| I-0130 | $ | 400,000.00 | -100.0% | 0.00% | $ | 195,440.93 | 48.86% | $ | 112,671.86 | 28.17% |
| I-0243 | $ | 1,300,000.00 | -100.0% | 0.00% | $ | 635,183.03 | 48.86% | $ | 366,183.56 | 28.17% |
| I-0131 | $ | 25,000.00 | -100.0% | 0.00% | $ | 12,215.06 | 48.86% | $ | 7,041.99 | 28.17% |
| I-0249 | $ | 25,000.00 | -100.0% | 0.00% | $ | 12,215.06 | 48.86% | $ | 7,041.99 | 28.17% |
| I-0134 | $ | 450,000.00 | -100.0% | 0.00% | $ | 219,871.05 | 48.86% | $ | 126,755.85 | 28.17% |
| I-0278 | $ | 200,000.00 | -100.0% | 0.00% | $ | 97,720.47 | 48.86% | $ | 56,335.93 | 28.17% |
| I-0140 | $ | 250,000.00 | -100.0% | 0.00% | $ | 122,150.58 | 48.86% | $ | 70,419.91 | 28.17% |
| I-0304 | $ | 6,777.61 | -100.0% | 0.00% | $ | 3,311.56 | 48.86% | $ | 1,909.11 | 28.17% |
| I-0143 | $ | 200,000.00 | -100.0% | 0.00% | $ | 97,720.47 | 48.86% | $ | 56,335.93 | 28.17% |
| I-0316 | $ | 10,000.00 | -100.0% | 0.00% | $ | 4,886.02 | 48.86% | $ | 2,816.80 | 28.17% |
| I-0149 | $ | 100,000.00 | -100.0% | 0.00% | $ | 48,860.23 | 48.86% | $ | 28,167.97 | 28.17% |
| I-0318 | $ | 110,000.00 | -100.0% | 0.00% | $ | 53,746.26 | 48.86% | $ | 30,984.76 | 28.17% |
| I-0152 | $ | 2,000,000.00 | -100.0% | 0.00% | $ | 977,204.66 | 48.86% | $ | 563,359.32 | 28.17% |
| I-0325 | $ | 2,923,630.00 | -100.0% | 0.00% | $ | 1,428,492.43 | 48.86% | $ | 823,527.10 | 28.17% |
| I-0154 | $ | 253,000.00 | -100.0% | 0.00% | $ | 123,616.39 | 48.86% | $ | 71,264.95 | 28.17% |
| I-0168 | $ | 25,000.00 | -100.0% | 0.00% | $ | 12,215.06 | 48.86% | $ | 7,041.99 | 28.17% |
| I-0161 | $ | 27,315.81 | -98.1% | 1.94% | $ | 13,070.86 | 48.86% | $ | 7,694.31 | 29.56% |
| I-0170 | $ | 1,219,964.38 | -97.6% | 2.40% | $ | 580,717.29 | 48.86% | $ | 343,639.15 | 29.89% |
| I-0062 | $ | 435,000.00 | -96.7% | 3.33% | $ | 204,871.05 | 48.86% | $ | 122,530.65 | 30.56% |
| I-0185 | $ | 120,572.91 | -96.5% | 3.54% | $ | 56,648.20 | 48.86% | $ | 33,962.94 | 30.71% |
| I-0076 | $ | 24,114.58 | -96.5% | 3.54% | $ | 11,329.64 | 48.86% | $ | 6,792.59 | 30.71% |
| I-0242 | $ | 671,884.00 | -96.0% | 4.02% | $ | 313,905.63 | 48.86% | $ | 189,256.06 | 31.05% |
| I-0033 | $ | 237,875.00 | -95.2% | 4.85% | $ | 110,025.58 | 48.86% | $ | 67,004.55 | 31.65% |
| I-0010 | $ | 8,040,784.69 | -95.0% | 4.98% | $ | 3,713,085.23 | 48.86% | $ | 2,264,925.48 | 31.75% |
| I-0197 | $ | 237,500.00 | -95.0% | 5.00% | $ | 109,650.58 | 48.86% | $ | 66,898.92 | 31.76% |
| I-0018 | $ | 9,335,864.14 | -93.4% | 6.64% | $ | 4,221,887.43 | 48.86% | $ | 2,629,723.02 | 32.94% |
| I-0183 | $ | 92,500.00 | -92.5% | 7.50% | $ | 41,360.23 | 48.86% | $ | 26,055.37 | 33.56% |
| I-0188 | $ | 355,804.17 | -92.4% | 7.58% | $ | 158,916.07 | 48.86% | $ | 100,222.80 | 33.62% |
| I-0038 | $ | 22,810.10 | -91.2% | 8.76% | $ | 10,025.16 | 48.86% | $ | 6,425.14 | 34.46% |
| I-0001 | $ | 9,581,199.43 | -91.0% | 8.97% | $ | 4,198,299.72 | 48.86% | $ | 2,698,828.98 | 34.61% |
| I-0043 | $ | 44,936.57 | -89.9% | 10.13% | $ | 19,366.69 | 48.86% | $ | 12,657.72 | 35.44% |
| I-0274 | $ | 415,646.55 | -89.8% | 10.25% | $ | 178,814.22 | 48.86% | $ | 117,079.18 | 35.53% |
| I-0302 | $ | 371,400.00 | -89.2% | 10.81% | $ | 158,454.01 | 48.86% | $ | 104,615.82 | 35.93% |
| I-0311 | $ | 110,891.35 | -88.7% | 11.29% | $ | 46,966.64 | 48.86% | $ | 31,235.84 | 36.28% |
| I-0054 | $ | 86,935.16 | -86.9% | 13.06% | $ | 35,795.39 | 48.86% | $ | 24,487.87 | 37.55% |
| I-0232 | $ | 21,610.02 | -86.4% | 13.56% | $ | 8,825.08 | 48.86% | $ | 6,087.10 | 37.91% |
| I-0290 | $ | 690,000.00 | -86.3% | 13.75% | $ | 280,881.86 | 48.86% | $ | 194,358.96 | 38.04% |
| I-0162 | $ | 409,664.13 | -86.2% | 13.75% | $ | 166,750.24 | 48.86% | $ | 115,394.05 | 38.05% |
| I-0256 | $ | 217,000.00 | -86.1% | 13.89% | $ | 88,127.79 | 48.86% | $ | 61,124.49 | 38.14% |
| I-0235 | $ | 874,282.78 | -85.6% | 14.41% | $ | 351,929.04 | 48.86% | $ | 246,267.67 | 38.52% |
| I-0073 | $ | 242,852.30 | -84.2% | 15.76% | $ | 95,424.38 | 48.86% | $ | 68,406.55 | 39.49% |
| I-0146 | $ | 210,601.39 | -84.2% | 15.76% | $ | 82,751.97 | 48.86% | $ | 59,322.13 | 39.49% |
| I-0090 | $ | 821,548.35 | -84.2% | 15.76% | $ | 322,812.42 | 48.86% | $ | 231,413.46 | 39.49% |
| I-0118 | $ | 83,750.00 | -83.8% | 16.25% | $ | 32,610.23 | 48.86% | $ | 23,590.67 | 39.84% |
| I-0229 | $ | 146,014.74 | -83.4% | 16.56% | $ | 56,520.15 | 48.86% | $ | 41,129.38 | 40.07% |
| I-0298 | $ | 62,562.16 | -83.4% | 16.58% | $ | 24,207.33 | 48.86% | $ | 17,622.49 | 40.08% |
| I-0074 | $ | 833,489.23 | -83.3% | 16.65% | $ | 322,091.56 | 48.86% | $ | 234,776.96 | 40.13% |
| I-0195 | $ | 210,122.23 | -82.8% | 17.23% | $ | 80,303.01 | 48.86% | $ | 59,187.16 | 40.54% |
| I-0022 | $ | 11,498,134.06 | -82.6% | 17.43% | $ | 4,376,833.00 | 48.86% | $ | 3,238,790.47 | 40.69% |
| I-0105 | $ | 577,019.22 | -82.4% | 17.57% | $ | 219,040.85 | 48.86% | $ | 162,534.58 | 40.79% |
| I-0177 | $ | 410,672.71 | -82.1% | 17.87% | $ | 154,973.87 | 48.86% | $ | 115,678.15 | 41.00% |
| I-0088 | $ | 927,321.49 | -82.1% | 17.94% | $ | 349,442.12 | 48.86% | $ | 261,207.60 | 41.05% |
| I-0245 | $ | 1,380,000.00 | -81.2% | 18.82% | $ | 510,623.96 | 48.86% | $ | 388,717.93 | 41.69% |
| I-0063 | $ | 825,500.84 | -81.1% | 18.86% | $ | 305,197.72 | 48.86% | $ | 232,526.79 | 41.72% |
| I-0259 | $ | 722,000.00 | -80.2% | 19.78% | $ | 261,742.10 | 48.86% | $ | 203,372.71 | 42.37% |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| I-0163 | $ | 19,932.94 | -79.7% | 20.27% | $ | 7,148.00 | 48.86% | $ | 5,614.70 | 42.73% |
| I-0128 | $ | 737,210.16 | -79.7% | 20.30% | $ | 264,167.31 | 48.86% | $ | 207,657.11 | 42.75% |
| I-0051 | $ | 199,193.81 | -79.7% | 20.32% | $ | 71,344.39 | 48.86% | $ | 56,108.84 | 42.77% |
| I-0081 | $ | 1,067,500.00 | -79.3% | 20.72% | $ | 378,903.04 | 48.86% | $ | 300,693.03 | 43.05% |
| I-0300 | $ | 157,417.94 | -78.7% | 21.29% | $ | 55,138.41 | 48.86% | $ | 44,341.43 | 43.46% |
| I-0218 | $ | 15,754.39 | -76.9% | 23.15% | $ | 5,270.74 | 48.86% | $ | 4,437.69 | 44.80% |
| I-0094 | $ | 34,467.41 | -76.6% | 23.41% | $ | 11,454.51 | 48.86% | $ | 9,708.77 | 44.98% |
| I-0113 | $ | 7,208,995.71 | -76.3% | 23.69% | $ | 2,377,541.15 | 48.86% | $ | 2,030,627.45 | 45.19% |
| I-0322 | $ | 18,995.44 | -76.0% | 24.02% | $ | 6,210.50 | 48.86% | $ | 5,350.63 | 45.42% |
| I-0114 | $ | 18,995.44 | -76.0% | 24.02% | $ | 6,210.50 | 48.86% | $ | 5,350.63 | 45.42% |
| I-0220 | $ | 15,196.22 | -76.0% | 24.02% | $ | 4,968.27 | 48.86% | $ | 4,280.47 | 45.42% |
| I-0247 | $ | 187,858.94 | -75.1% | 24.86% | $ | 60,009.52 | 48.86% | $ | 52,916.04 | 46.02% |
| I-0276 | $ | 741,316.88 | -74.1% | 25.87% | $ | 229,919.21 | 48.86% | $ | 208,813.89 | 46.75% |
| I-0301 | $ | 368,430.61 | -73.7% | 26.31% | $ | 112,731.77 | 48.86% | $ | 103,779.41 | 47.07% |
| I-0016 | $ | 22,057,590.55 | -73.5% | 26.47% | $ | 6,715,660.26 | 48.86% | $ | 6,213,174.56 | 47.19% |
| I-0089 | $ | 727,634.62 | -72.8% | 27.24% | $ | 216,236.95 | 48.86% | $ | 204,959.87 | 47.73% |
| I-0233 | $ | 29,590.53 | -72.2% | 27.83% | $ | 8,623.23 | 48.86% | $ | 8,335.05 | 48.16% |
| I-0312 | $ | 77,896.77 | -72.1% | 27.86% | $ | 22,675.03 | 48.86% | $ | 21,941.94 | 48.18% |
| I-0137 | $ | 142,766.73 | -71.4% | 28.62% | $ | 40,487.20 | 48.86% | $ | 40,214.48 | 48.72% |
| I-0238 | $ | 710,185.38 | -71.0% | 28.98% | $ | 198,787.71 | 48.86% | $ | 200,044.77 | 48.99% |
| I-0024 | $ | 174,793.00 | -69.9% | 30.08% | $ | 46,943.58 | 48.86% | $ | 49,235.63 | 49.78% |
| I-0120 | $ | 19,791.61 | -69.9% | 30.09% | $ | 5,313.73 | 48.86% | $ | 5,574.89 | 49.78% |
| I-0041 | $ | 521,162.89 | -69.5% | 30.51% | $ | 137,614.64 | 48.86% | $ | 146,800.98 | 50.09% |
| I-0179 | $ | 99,121.51 | -69.3% | 30.68% | $ | 25,991.64 | 48.86% | $ | 27,920.51 | 50.21% |
| I-0035 | $ | 34,626.75 | -69.3% | 30.75% | $ | 9,056.87 | 48.86% | $ | 9,753.65 | 50.25% |
| I-0194 | $ | 81,948.56 | -69.2% | 30.79% | $ | 21,398.09 | 48.86% | $ | 23,083.24 | 50.28% |
| I-0135 | $ | 759,254.03 | -69.0% | 30.98% | $ | 196,716.59 | 48.86% | $ | 213,866.42 | 50.42% |
| I-0106 | $ | 16,878.81 | -67.5% | 32.48% | $ | 4,093.87 | 48.86% | $ | 4,754.42 | 51.50% |
| I-0225 | $ | 13,430.17 | -67.2% | 32.85% | $ | 3,202.22 | 48.86% | $ | 3,783.01 | 51.76% |
| I-0127 | $ | 1,342,338.16 | -67.1% | 32.88% | $ | 319,542.82 | 48.86% | $ | 378,109.35 | 51.79% |
| I-0246 | $ | 200,000.00 | -66.7% | 33.33% | $ | 46,580.70 | 48.86% | $ | 56,335.93 | 52.11% |
| I-0320 | $ | 49,746.00 | -66.3% | 33.67% | $ | 11,391.17 | 48.86% | $ | 14,012.44 | 52.36% |
| I-0141 | $ | 5,989,900.96 | -65.8% | 34.20% | $ | 1,334,365.02 | 48.86% | $ | 1,687,233.25 | 52.74% |
| I-0291 | $ | 621,524.09 | -64.3% | 35.69% | $ | 127,245.92 | 48.86% | $ | 175,070.69 | 53.81% |
| I-0284 | $ | 32,113.41 | -64.2% | 35.77% | $ | 6,543.53 | 48.86% | $ | 9,045.69 | 53.86% |
| I-0265 | $ | 637,500.00 | -63.8% | 36.25% | $ | 126,102.33 | 48.86% | $ | 179,570.78 | 54.21% |
| I-0203 | $ | 703,000.00 | -63.7% | 36.26% | $ | 138,928.37 | 48.86% | $ | 198,020.80 | 54.22% |
| I-0285 | $ | 62,813.09 | -62.8% | 37.19% | $ | 11,673.32 | 48.86% | $ | 17,693.17 | 54.88% |
| I-0257 | $ | 96,000.00 | -61.9% | 38.06% | $ | 16,733.36 | 48.86% | $ | 27,041.25 | 55.51% |
| I-0308 | $ | 898,631.66 | -60.8% | 39.23% | $ | 142,421.79 | 48.86% | $ | 253,126.26 | 56.35% |
| I-0297 | $ | 55,000.00 | -55.0% | 45.00% | $ | 3,860.23 | 48.86% | $ | 15,492.38 | 60.49% |
| I-0227 | $ | 54,545.43 | -54.5% | 45.45% | $ | 3,405.66 | 48.86% | $ | 15,364.34 | 60.82% |
| I-0226 | $ | 26,495.59 | -53.0% | 47.01% | $ | 925.71 | 48.86% | $ | 7,463.27 | 61.94% |
| I-0058 | $ | 77,996.64 | -52.0% | 48.00% | $ | 1,286.99 | 48.86% | $ | 21,970.07 | 62.65% |
| I-0164 | $ | 5,186.96 | -51.9% | 48.13% | $ | 72.98 | 48.86% | $ | 1,461.06 | 62.74% |
| I-0281 | $ | 12,967.39 | -51.9% | 48.13% | $ | 182.45 | 48.86% | $ | 3,652.65 | 62.74% |
| I-0282 | $ | 12,967.39 | -51.9% | 48.13% | $ | 182.45 | 48.86% | $ | 3,652.65 | 62.74% |
| I-0215 | $ | 51,260.00 | -51.3% | 48.74% | $ | 120.23 | 48.86% | $ | 14,438.90 | 63.18% |
| I-0019 | $ | 10,826,757.31 | -48.6% | 51.39% | $ | - | 51.39% | $ | 3,049,677.30 | 65.08% |
| I-0122 | $ | 1,255,954.72 | -48.3% | 51.69% | $ | - | 51.69% | $ | 353,776.90 | 65.30% |
| I-0068 | $ | 30,750.00 | -48.0% | 51.95% | $ | - | 51.95% | $ | 8,661.65 | 65.49% |
| I-0184 | $ | 95,910.36 | -48.0% | 52.04% | $ | - | 52.04% | $ | 27,016.00 | 65.55% |
| I-0009 | $ | 1,215,511.78 | -46.6% | 53.44% | $ | - | 53.44% | $ | 342,384.94 | 66.55% |
| I-0224 | $ | 32,584.56 | -43.4% | 56.55% | $ | - | 56.55% | $ | 9,178.41 | 68.79% |
| I-0048 | $ | 13,822.82 | -43.1% | 56.94% | $ | - | 56.94% | $ | 3,893.61 | 69.07% |
| I-0084 | $ | 53,556.27 | -42.0% | 57.98% | $ | - | 57.98% | $ | 15,085.71 | 69.82% |
| I-0236 | $ | 311,190.29 | -41.6% | 58.41% | $ | - | 58.41% | $ | 87,655.97 | 70.12% |
| I-0012 | $ | 6,051,618.47 | -40.2% | 59.84% | $ | - | 59.84% | $ | 1,704,617.82 | 71.15% |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| I-0021 | $ | 7,930,298.35 | -39.9% | 60.10% | $ - | 60.10% | $ 2,233,803.73 | 71.34% |
| I-0055 | $ | 256,929.84 | -39.5% | 60.47% | $ - | 60.47% | $ 72,371.91 | 71.61% |
| I-0272 | $ | 9,417.84 | -37.7% | 62.33% | $ - | 62.33% | $ 2,652.81 | 72.94% |
| I-0286 | $ | 46,364.20 | -37.2% | 62.76% | $ - | 62.76% | $ 13,059.85 | 73.25% |
| I-0050 | $ | 36,454.86 | -36.5% | 63.55% | $ - | 63.55% | $ 10,268.59 | 73.81% |
| I-0071 | $ | 216,183.96 | -36.0% | 63.97% | $ - | 63.97% | $ 60,894.62 | 74.12% |
| I-0240 | $ | 71,200.00 | -35.6% | 64.40% | $ - | 64.40% | $ 20,055.59 | 74.43% |
| I-0047 | $ | 444,208.20 | -34.2% | 65.83% | $ - | 65.83% | $ 125,124.41 | 75.46% |
| I-0321 | $ | 99,782.98 | -33.3% | 66.74% | $ - | 66.74% | $ 28,106.84 | 76.11% |
| I-0097 | $ | 47,160.00 | -26.9% | 73.05% | $ - | 73.05% | $ 13,284.01 | 80.64% |
| I-0258 | $ | 50,000.00 | -25.0% | 75.00% | $ - | 75.00% | $ 14,083.98 | 82.04% |
| I-0121 | $ | 100,000.00 | -25.0% | 75.00% | $ - | 75.00% | $ 28,167.97 | 82.04% |
| I-0193 | $ | 12,188.66 | -24.4% | 75.62% | $ - | 75.62% | $ 3,433.30 | 82.49% |
| I-0263 | $ | 72,515.71 | -24.3% | 75.69% | $ - | 75.69% | $ 20,426.20 | 82.54% |
| I-0036 | $ | 7,000.00 | -23.3% | 76.67% | $ - | 76.67% | $ 1,971.76 | 83.24% |
| I-0271 | $ | 66,010.00 | -22.0% | 78.00% | $ - | 78.00% | $ 18,593.67 | 84.19% |
| I-0052 | $ | 4,181,572.65 | -19.9% | 80.09% | $ - | 80.09% | $ 1,177,863.95 | 85.70% |
| I-0008 | $ | 311,490.37 | -16.8% | 83.16% | $ - | 83.16% | $ 87,740.50 | 87.91% |
| I-0178 | $ | 864,050.00 | -16.3% | 83.70% | $ - | 83.70% | $ 243,385.31 | 88.29% |
| I-0014 | $ | 12,951,718.55 | -14.7% | 85.31% | $ - | 85.31% | $ 3,648,235.65 | 89.45% |
| I-0147 | $ | 448,381.20 | -10.7% | 89.30% | $ - | 89.30% | $ 126,299.86 | 92.31% |
| I-0150 | $ | 61,255.00 | -7.2% | 92.79% | $ - | 92.79% | $ 17,254.29 | 94.82% |
| I-0204 | $ | 66,479.27 | -5.9% | 94.14% | $ - | 94.14% | $ 18,725.86 | 95.79% |
| I-0139 | $ | 271,240.00 | -5.8% | 94.17% | $ - | 94.17% | $ 76,402.79 | 95.81% |
| I-0248 | $ | 10,322.50 | -5.7% | 94.27% | $ - | 94.27% | $ 2,907.64 | 95.88% |
| I-0111 | $ | 42,584.44 | -5.0% | 94.99% | $ - | 94.99% | $ 11,995.17 | 96.40% |
| I-0319 | $ | 69,478.83 | -5.0% | 95.04% | $ - | 95.04% | $ 19,570.77 | 96.44% |
| I-0292 | $ | 31,321.50 | -3.7% | 96.34% | $ - | 96.34% | $ 8,822.63 | 97.37% |
| I-0213 | $ | 6,783.95 | -3.6% | 96.44% | $ - | 96.44% | $ 1,910.90 | 97.44% |
| I-0208 | $ | 8,430.00 | -2.4% | 97.59% | $ - | 97.59% | $ 2,374.56 | 98.27% |
| I-0323 | $ | 343.18 | -0.1% | 99.89% | $ - | 99.89% | $ 96.67 | 99.92% |
| **Class 4b** | | | | | | | | |
| O-0001 | $ | 25,619.73 | -100.0% | 0.00% | 12,517.86 | 48.86% | 7,216.56 | 28.17% |
| O-0002 | $ | 37,082.51 | -100.0% | 0.00% | 18,118.60 | 48.86% | 10,445.39 | 28.17% |
| O-0006 | $ | 202,017.00 | -100.0% | 0.00% | 98,705.98 | 48.86% | 56,904.08 | 28.17% |
| O-0007 | $ | 39,600.00 | -100.0% | 0.00% | 19,348.65 | 48.86% | 11,154.51 | 28.17% |
| O-0008 | $ | 3,500.00 | -100.0% | 0.00% | 1,710.11 | 48.86% | 985.88 | 28.17% |
| O-0009 | $ | 5,000.00 | -100.0% | 0.00% | 2,443.01 | 48.86% | 1,408.40 | 28.17% |
| O-0010 | $ | 69,138.34 | -100.0% | 0.00% | 33,781.15 | 48.86% | 19,474.86 | 28.17% |
| O-0011 | $ | 24,853.00 | -100.0% | 0.00% | 12,143.23 | 48.86% | 7,000.58 | 28.17% |
| O-0012 | $ | 5,036.00 | -100.0% | 0.00% | 2,460.60 | 48.86% | 1,418.54 | 28.17% |
| O-0013 | $ | 8,500.00 | -100.0% | 0.00% | 4,153.12 | 48.86% | 2,394.28 | 28.17% |
| O-0014 | $ | 19,500.00 | -100.0% | 0.00% | 9,527.75 | 48.86% | 5,492.75 | 28.17% |
| O-0015 | $ | 18,000.00 | -100.0% | 0.00% | 8,794.84 | 48.86% | 5,070.23 | 28.17% |
| O-0016 | $ | 18,000.00 | -100.0% | 0.00% | 8,794.84 | 48.86% | 5,070.23 | 28.17% |
| O-0017 | $ | 20,500.00 | -100.0% | 0.00% | 10,016.35 | 48.86% | 5,774.43 | 28.17% |
| O-0018 | $ | 4,490.83 | -100.0% | 0.00% | 2,194.23 | 48.86% | 1,264.98 | 28.17% |
| O-0019 | $ | 539,187.17 | -100.0% | 0.00% | 263,448.11 | 48.86% | 151,878.06 | 28.17% |