# Exhibit 2

## [EXTERNAL] Fwd: SEC v. Merrill – Claim Response (Richy Castro)



Begin forwarded message:

**From:** "Hayes, Lauren" <Lauren.Hayes@huschblackwell.com>
**Subject: SEC v. Merrill – Claim Response (Richy Castro)**
**Date:** June 18, 2021 at 5:43:04 PM EDT
**To:** "richycastro36@gmail.com" <richycastro36@gmail.com>
**Cc:** "Watts, Jameson" <Jameson.Watts@huschblackwell.com>

Mr. Castro:

We received the Creditor Claim Form you submitted in the SEC Action and the additional documents you submitted. Pursuant to the Order Granting Receiver Gregory S. Milligan's ("Receiver") Motion for Order Setting Claims Bar Date, Establishing Claims Procedure, and Order Approving Notification Process, the Receiver must inform you whether he "agrees with or disputes the amount of the claim and the basis for his determination." Order, Dkt. 396 at 5.

The Receiver agrees only that you have a contingent claim and only to the extent that you are able to establish liability against DeVille Asset Management, Ltd. in the lawsuit you filed against it in the United States District Court for the Eastern District of Virginia. The Receiver expresses no opinion as to the validity of your claim or whether you have incurred any damages as a result of the same. The Receiver requests you supplement your claim with any documentation in your possession to establish liability on the claims asserted and the damages requested.

To the extent you wish to supplement your claim, you have twenty-one (21) days to do so from the transmission of this letter. Please contact me if you wish to supplement your claim. If you fail to timely supplement your claim or if the Receiver still disputes your claim after reviewing your supplement, the Receiver may file a regularly noticed motion in the SEC Action to set out his objections to your claim. If so, the Receiver will serve the motion on you.

Sincerely,

**Lauren E. Hayes**
**Attorney**
**HUSCH BLACKWELL LLP**
111 Congress Avenue,
Suite 1400
Austin, TX 78701-4093
Direct: 512-479-1163
Fax: 512-479-1101
Lauren.Hayes@huschblackwell.com

huschblackwell.com

View Bio | View VCard