IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

        v.                              Case No: 1:18-cv-02844-RDB

KEVIN B. MERRILL, *et al*.

        Defendants.

## **[PROPOSED] ORDER**

UPON CONSIDERATION of the Receiver's Omnibus Objection to Claims (ECF No. 503) and the subsequent briefing related to the Objection, including Claimant Richy Castro's response, and for good cause shown, it is this _____ day of _____, 2022,

      **ORDERED** that the Receiver's Objection to Richy Castro's claim (Claim No. O-0010) is **OVERRULED**; and it is further

      **ORDERED** that Richy Castro's Claim of $69,138.34 is allowed and will be distributed in accordance with the distribution plan entered in this case.

                                          _____
                                          Judge Richard D. Bennett
                                          United States District Court for the District of Maryland