# EXHIBIT A

|  | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
|  | **Receiver's Proposed Distribution** | *Parish* (set off treated as no money in) | **(Alternative) Net Loss Distribution (*McGinn Smith*)** | Setoff treated as no money in | *Credit Bancorp* | *Capital Consultants* | No Offset |
| **Setoff amount** | 100% | 100% | 100% | 50% | None | 50% | None |
| **Distribution calc. method** | Rising Tide | Rising Tide | Net Loss | Rising Tide | Net Loss | Net Loss | Rising Tide |
| Objector 1 | $0 | $ 0.00 | $ 60,894.62 | $ 37,063.03 | $ 108,238.84 | $ 144,854.43 | $ 78,351.59 |
| Objector 2 | $0 | $ 31,055.18 | $ 27,016.00 | $ 48,933.33 | $ 47,514.71 | $ 45,918.05 | $ 66,811.48 |
| Objector 3 | $ 1,286.99 | $ 32,500.26 | $ 21,970.07 | $ 47,411.26 | $ 39,068.07 | $ 33,574.50 | $ 62,322.26 |
| Objector 4 | $ 3,405.66 | $ 25,234.06 | $ 15,364.34 | $ 35,661.78 | $ 27,321.49 | $ 22,102.89 | $ 46,089.50 |
| Objector 5 | $ 925.71 | $ 11,528.91 | $ 7,463.27 | $ 16,594.20 | $ 13,271.49 | $ 11,136.89 | $ 21,659.50 |
| Objector 6 | $0 | $ 7,275.64 | $ 9,178.41 | $ 13,507.86 | $ 16,324.72 | $ 17,490.77 | $ 19,740.08 |
| Objector 7 | $ 182.45 | $ 5,371.83 | $ 3,652.65 | $ 7,850.88 | $ 6,495.29 | $ 5,599.27 | $ 10,329.92 |
| Objector 8 | $ 182.45 | $ 5,371.83 | $ 3,652.65 | $ 7,850.88 | $ 6,495.29 | $ 5,599.27 | $ 10,329.92 |
| Objector 9 | $ 72.98 | $ 2,148.74 | $ 1,461.06 | $ 3,140.35 | $ 2,598.12 | $ 2,239.71 | $ 4,131.97 |
| **Connaughton Objectors Subtotal** | $6,056.24 | $120,486.46 | $150,653.07 | $218,013.57 | $267,328.01 | $288,515.78 | $319,766.22 |
| **Connaughton Plaintiffs Total** | $6,056.24 | $137,756.57 | $202,638.64 | $267,839.84 | $352,879.91 | $391,706.90 | $402,244.85 |