IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**KEVIN B. MERRILL, et al.,** )<br>)<br>**Defendants.** )<br> | **Case No.: 1:18-cv-02844-RDB** |

## ORDER OVERRULING IWONA HOWLEY'S OBJECTION TO RECEIVER'S MOTION FOR ORDER APPROVING DISTRIBUTION PLAN AND INTERIM DISTRIBUTION

The Court has considered the Receiver's Motion for Order Approving Distribution Plan and Interim Distribution (the "Motion") (Dkt. No. 504), Iwona Howley's Objection to the Receiver's Motion (the "Objection") (Dkt. No. 565), and the Receiver's Reply to the Objection (the "Reply") (Dkt. No. 580). The Court, having considered the Motion, the Objection, the Reply, evidence submitted in support thereof, the arguments of counsel, and the pleadings on file, finds that the Objection should be, and hereby is, OVERRULED.

It is therefore ORDERED that:

The Objection is OVERRULED in its entirety and all relief requested in the Objection is DENIED in its entirety.

IT IS SO ORDERED, this _____ day of _____, 2022.

_____
HON. RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE

HB: 4888-2261-9403.1