

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
ONE PENN CENTER, 1617 JOHN F. KENNEDY BLVD., SUITE 520
PHILADELPHIA, PA 19103-1844

PHILADELPHIA
REGIONAL OFFICE

April 15, 2022

**VIA ECF**
The Honorable Richard D. Bennett
United States District Court
U.S. Courthouse – Chambers 5D
101 W. Lombard Street
Baltimore, MD 21201

      **RE:** *SEC v. Merrill, et al.*, **No. 18-cv-02844-RDB**

Dear Judge Bennett:

    The Court issued an order on October 26, 2021 staying the above captioned matter to allow for plaintiff Securities and Exchange Commission (SEC) and relief defendant Lalaine Ledford to pursue settlement negotiations.  Dkt. 494.  The Court extended that stay on January 24, 2022.  Dkt. 576.  We write to update the Court on the status of the parties' settlement negotiations pursuant to that order.

    Counsel for the parties have reached a proposed settlement in principle.  The SEC provided Ms. Ledford's counsel with draft settlement documents on April 14, 2022.  Once the SEC staff and Ms. Ledford's counsel agree on the form of the settlement documents, the SEC staff must submit the proposed settlement to the Commission for approval, a process which takes significant time.

    The SEC respectfully requests that the Court continue the stay of this matter.  The SEC further proposes that the SEC update the Court promptly in the event of an approved settlement or an impasse, and provide a written update in any event on or before July 15, 2022.

                                      Respectfully,

                                      SECURITIES AND EXCHANGE
                                      COMMISSION

                                      /s/ *John T. Crutchlow*
                                      John T. Crutchlow
                                      Trial Attorney

Cc:    Patrick Driscoll (via email and ECF)