IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN B. MERRILL, et al.,<br><br>Defendants. | Case No. 18-cv-2844-RDB |

# [PROPOSED] ORDER

The Court, having considered the status update filed by plaintiff Securities and Exchange Commission on April 14, 2022, ORDERS that:

1. The stay of all deadlines ordered by the Court on October 22, 2021 [Dkt. 495] and January 24, 2022 [Dkt. 576] shall remain in effect.

2. The parties shall promptly notify the Court if settlement negotiations do not progress.

3. The parties shall promptly notify the Court if the parties reach a settlement agreement.

4. Unless another update has been provided to the Court in accordance with this Order, counsel for the Securities and Exchange Commission shall update the Court as to the status of any settlement on or before July 15, 2022.

IT IS SO ORDERED, this  15th  day of _____April_____, 2022.

_____/s/_____
HON. RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE