Gregory S. Milligan, Receiver
P.O. Box 90099 Austin, TX 78709-0099
(512) 892-0803

**STANDARDIZED FUND ACCOUNTING REPORT for Kevin B. Merrill et. al. - Cash Basis**
Receivership/ Civil Court Docket No. RDB-18-2844
Reporting Period 04/01/2022 to 06/30/2022

| | FUND ACCOUNTING: | 04/01/2022 to 06/30/2022 | | | | 09/13/2018 to 06/30/2022 |
|---|---|---|---|---|---|---|
| | | Receivership Accounts | Deville Asset Management and Riverwalk Holdings | Subtotal | Grand Total | Case Total |
| Line 1 | **Beginning Balance:** | 48,812,762.76 | 10,446,520.69 | | | 1,069,874.04 |
| | **Increases in Fund Balance:** | | | | | |
| Line 2 | **Business Income** | 2,332.17 | | | | 29,172,273.64 |
| Line 3 | **Cash and Securities** | | | | | 8,477,965.35 |
| Line 4 | **Interest / Dividend Income** | 2,564.83 | | | | 159,409.56 |
| Line 5 | **Business Asset Liquidation** | | | | | 19,865,106.17 |
| Line 6 | **Personal Asset Liquidation** | 145,000.00 | | | | 24,390,521.61 |
| Line 7 | **Third-Party Litigation Income** | 2,343,000.00 | | | | 2,708,696.04 |
| Line 8 | **Miscellaneous - Other** | | | | | 4,500,000.00 |
| | Total Funds Available (Lines 1 - 8): | 51,305,659.76 | 10,446,520.69 | 61,752,180.45 | | 90,343,846.41 |
| | **Decreases in Fund Balance:** | | | | | |
| Line 9 | **Disbursements to Investors** | | | | | |
| Line 10 | **Disbursements for Receivership Operations** | | | | | |
| Line 10 a | Disbursements to Receiver or Other Professionals | | | | | 5,942,533.32 |
| Line 10 b | Business Asset Expenses | 12,562.37 | 1377.63 | | | 15,640,395.12 |
| Line 10 c | Personal Asset Expenses | 28,839.48 | | | | 2,421,517.00 |
| Line 10 d | Investment Expenses | | | | | 4,630,000.00 |
| Line 10 e | Third-Party Litigation Expenses | | | | | |
| | 1. Attorney Fees | | | | | |
| | 2. Litigation Expenses | 2,600.00 | | | | 2,600.00 |
| | Total Third-Party Litigation Expenses | | | - | | - |
| Line 10 f | Tax Administrator Fees and Bonds | | | | | |
| Line 10 g | Federal and State Tax Payments | | | | | |
| | Total Disbursements for Receivership Operations | 44,001.85 | 1,377.63 | 45,379.48 | | 28,637,045.44 |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | | | |
| Line 11 a | Distribution Plan Development Expenses: | | | | | |
| | 1. Fees: | | | | | |
| | Fund Administrator | | | | | |
| | Independent Distribution Consultant (IDC) | | | | | |
| | Distribution Agent | | | | | |
| | Consultants | | | | | |
| | Legal Advisers | | | | | |
| | Tax Advisers | | | | | |
| | 2. Administrative Expenses | | | | | |
| | 3. Miscellaneous | | | | | |
| | Total Plan Development Expenses | | | - | | - |
| Line 11 b | Distribution Plan Implementation Expenses: | | | | | |
| | 1. Fees: | | | | | |
| | Fund Administrator | | | | | |
| | IDC | | | | | |
| | Distribution Agent | | | | | |
| | Consultants | | | | | |
| | Legal Advisers | | | | | |
| | Tax Advisers | | | | | |
| | 2. Administrative Expenses | | | | | |
| | 3. Investor Identification: | | | | | |
| | Notice / Publishing Approved Plan | | | | | |
| | Claimant Identification | | | | | |
| | Claims Processing | | | | | |
| | Web Site Maintenance / Call Center | | | | | |
| | 4. Fund Administrator Bond | | | | | |
| | 5. Miscellaneous | | | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expense | | | | | |
| | Total Plan Implementation Expenses | | | - | | - |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | - | | - |
| Line 12 | **Disbursements to Court / Other:** | | | | | |
| Line 12 a | Investment Expenses / Court Registry Investment System (CRIS) Fees | | | | | |
| Line 12 b | Federal Tax Payments | | | | | |
| | Total Disbursements to Court / Other | | | - | | |
| | Total Funds Disbursed (Lines 9 -11): | 44,001.85 | 1,377.63 | 45,379.48 | | 28,637,045.44 |
| Line 13 | **Ending Balance (As of 06/30/2022):** | 51,261,657.91 | 10,445,143.06 | | 61,706,800.97 | 61,706,800.97 |

Gregory S. Milligan, Receiver
P.O. Box 90099 Austin, TX 78709-0099
(512) 892-0803

**STANDARDIZED FUND ACCOUNTING REPORT for Kevin B. Merrill et. al. - Cash Basis**
Receivership/ Civil Court Docket No. RDB-18-2844
Reporting Period 04/01/2022 to 06/30/2022

|  |  | Receivership Accounts | Deville Asset Management and Riverwalk Holdings | Subtotal | Grand Total | Case Total |
|---|---|---|---|---|---|---|
| Line 14 | **Ending Balance of Fund - Net Assets:** |  |  |  |  |  |
| Line 14 a | Cash & Cash Equivalents | 51,261,657.91 | 10,445,143.06 |  |  |  |
| Line 14 b | Investments |  |  |  |  |  |
| Line 14 c | Other Assets or Uncleared Funds |  |  |  |  |  |
|  | Total Ending Balance of Fund - Net Assets |  |  |  | 61,706,800.97 | 61,706,800.97 |

**Other Supplemental Information:**

|  |  | Receivership Accounts | Deville Asset Management and Riverwalk Holdings | Subtotal | Grand Total | Case Total |
|---|---|---|---|---|---|---|
|  | Report of Items NOT To Be Paid by the Fund: |  |  |  |  |  |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** |  |  |  |  |  |
| Line 15 a | Plan Development Expenses Not Paid by the Fund: |  |  |  |  |  |
|  | 1. Fees: |  |  |  |  |  |
|  | Fund Administrator |  |  |  |  |  |
|  | IDC |  |  |  |  |  |
|  | Distribution Agent |  |  |  |  |  |
|  | Consultants |  |  |  |  |  |
|  | Legal Advisers |  |  |  |  |  |
|  | Tax Advisers |  |  |  |  |  |
|  | 2. Administrative Expenses |  |  |  |  |  |
|  | 3. Miscellaneous |  |  |  |  |  |
|  | Total Plan Development Expenses Not Paid by the Fund |  |  |  | - | - |
| Line 15 b | Plan Implementation Expenses Not Paid by the Fund: |  |  |  |  |  |
|  | 1. Fees: |  |  |  |  |  |
|  | Fund Administrator |  |  |  |  |  |
|  | IDC |  |  |  |  |  |
|  | Distribution Agent |  |  |  |  |  |
|  | Consultants |  |  |  |  |  |
|  | Legal Advisers |  |  |  |  |  |
|  | Tax Advisers |  |  |  |  |  |
|  | 2. Administrative Expenses |  |  |  |  |  |
|  | 3. Investor Identification: |  |  |  |  |  |
|  | Notice / Publishing Approved Plan |  |  |  |  |  |
|  | Claimant Identification |  |  |  |  |  |
|  | Claims Processing |  |  |  |  |  |
|  | Web Site Maintenance / Call Center |  |  |  |  |  |
|  | 4. Fund Administrator Bond |  |  |  |  |  |
|  | 5. Miscellaneous |  |  |  |  |  |
|  | 6. FAIR Reporting Expenses |  |  |  |  |  |
|  | Total Plan Implementationt Expenses Not Paid by the Fund |  |  |  | - | - |
| Line 15 c | Tax Administrator Fees & Bonds Not Paid by the Fund |  |  |  |  |  |
|  | Total Disbursements for Plan Administration Expenses Not Paid by the Fund |  |  |  | - | - |
| Line 16 | **Disbursements to Court / Other Not Paid by the Fund:** |  |  |  |  |  |
| Line 16 a | Investment Expenses / CRIS Fees |  |  |  |  |  |
| Line 16 b | Federal Tax Payments |  |  |  |  |  |
|  | Total Disbursements to Court / Other Not Paid by the Fund: |  |  |  | - | - |
| Line 17 | **DC & State Tax Payments** |  |  |  |  |  |
| Line 18 | **No. of Claims:** |  |  |  |  |  |
| Line 18 a | # of Claims Received This Reporting Period |  |  |  | - | - |
| Line 18 b | # of Claims Received Since Inception of Fund |  |  |  | - | 274 |
| Line 19 | **No. of Claimants / Investors:** |  |  |  |  |  |
| Line 19 a | # of Claimants / Investors Paid This Reporting Period |  |  |  | - | - |
| Line 19 b | # of Claimants / Investors Paid Since Inception of Fund |  |  |  | - | - |

Receiver:
By: _(signature)_

Gregory S. Milligan
(printed name)

Receiver

Date: July 29, 2022