Gregory S. Milligan, Receiver
P.O. Box 90099 Austin, TX 78709-0099
(512) 892-0803

**STANDARDIZED FUND ACCOUNTING REPORT for Kevin B. Merrill et. al. - Cash Basis**

Receivership/ Civil Court Docket No. RDB-18-2844
Reporting Period 10/01/2023 to 12/31/2023

| FUND ACCOUNTING: | | 01/01/2023 to 12/31/2023 | | | | 09/13/2018 to 12/31/2023 |
|---|---|---|---|---|---|---|
| | | Receivership Accounts | Deville Asset Management and Riverwalk Holdings | Subtotal | Grand Total | Case Total |
| Line 1 | **Beginning Balance:** | 9,440,269.69 | 10,429,440.41 | | | 1,069,874.04 |
| | **Increases in Fund Balance:** | | | | | |
| Line 2 | Business Income | 1,612.06 | 274,848.51 | | | 29,460,652.82 |
| Line 3 | Cash and Securities | | | | | 8,489,255.17 |
| Line 4 | Interest / Dividend Income | 162,990.76 | | | | 1,176,552.16 |
| Line 5 | Business Asset Liquidation | | | | | 21,179,396.69 |
| Line 6 | Personal Asset Liquidation | 31,509.45 | | | | 25,065,254.83 |
| Line 7 | Third-Party Litigation Income | 1,179,868.06 | | | | 10,349,442.66 |
| Line 8 | Miscellaneous - Other | | | | | 4,500,000.00 |
| | Total Funds Available (Lines 1 - 8): | 10,816,250.02 | 10,704,288.92 | 21,520,538.94 | | 101,290,428.37 |
| | **Decreases in Fund Balance:** | | | | | |
| Line 9 | **Disbursements to Investors** | | | | | 49,816,109.68 |
| Line 10 | **Disbursements for Receivership Operations** | | | | | |
| Line 10 a | Disbursements to Receiver or Other Professionals | 276,670.42 | | | | 7,370,866.08 |
| Line 10 b | Business Asset Expenses | 3,437.88 | 1,509.45 | | | 15,719,233.29 |
| Line 10 c | Personal Asset Expenses | 8,796.06 | | | | 2,520,594.19 |
| Line 10 d | Investment Expenses | | | | | 4,630,900.00 |
| Line 10 e | Third-Party Litigation Expenses | | | | | |
| | 1. Attorney Fees | | | | | |
| | 2. Litigation Expenses | | | | | 2,600.00 |
| | Total Third-Party Litigation Expenses | | | - | | - |
| Line 10 f | Tax Administrator Fees and Bonds | | | | | |
| Line 10 g | Federal and State Tax Payments | | | | | |
| | Total Disbursements for Receivership Operations | 288,904.36 | 1,509.45 | 290,413.81 | | 80,060,303.24 |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | | | |
| Line 11 a | Distribution Plan Development Expenses: | | | | | |
| | 1. Fees: | | | | | |
| | Fund Administrator | | | | | |
| | Independent Distribution Consultant (IDC) | | | | | |
| | Distribution Agent | | | | | |
| | Consultants | | | | | |
| | Legal Advisers | | | | | |
| | Tax Advisers | | | | | |
| | 2. Administrative Expenses | | | | | |
| | 3. Miscellaneous | | | | | |
| | Total Plan Development Expenses | | | - | | - |
| Line 11 b | Distribution Plan Implementation Expenses: | | | | | |
| | 1. Fees: | | | | | |
| | Fund Administrator | | | | | |
| | IDC | | | | | |
| | Distribution Agent | | | | | |
| | Consultants | | | | | |
| | Legal Advisers | | | | | |
| | Tax Advisers | | | | | |
| | 2. Administrative Expenses | | | | | |
| | 3. Investor Identification: | | | | | |
| | Notice / Publishing Approved Plan | | | | | |
| | Claimant Identification | | | | | |
| | Claims Processing | | | | | |
| | Web Site Maintenance / Call Center | | | | | |
| | 4. Fund Administrator Bond | | | | | |
| | 5. Miscellaneous | | | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expense | | | | | |
| | Total Plan Implementation Expenses | | | - | | - |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | - | | - |
| Line 12 | **Disbursements to Court / Other:** | | | | | |
| Line 12 a | Investment Expenses / Court Registry Investment System (CRIS) Fees | | | | | |
| Line 12 b | Federal Tax Payments | | | | | |
| | Total Disbursements to Court / Other | | | - | | |
| | Total Funds Disbursed (Lines 9 -11): | 288,904.36 | 1,509.45 | 290,413.81 | | 80,060,303.24 |
| Line 13 | **Ending Balance (As of 12/31/2023):** | 10,527,345.66 | 10,702,779.47 | | 21,230,125.13 | 21,230,125.13 |

Gregory S. Milligan, Receiver
P.O. Box 90099 Austin, TX 78709-0099
(512) 892-0803

**STANDARDIZED FUND ACCOUNTING REPORT for Kevin B. Merrill et. al. - Cash Basis**
Receivership/ Civil Court Docket No. RDB-18-2844
Reporting Period 10/01/2023 to 12/31/2023

| | | Receivership Accounts | Deville Asset Management and Riverwalk Holdings | Subtotal | Grand Total | Case Total |
|---|---|---|---|---|---|---|
| Line 14 | **Ending Balance of Fund - Net Assets:** | | | | | |
| Line 14 a | Cash & Cash Equivalents | 10,527,345.66 | 10,702,779.47 | | | |
| Line 14 b | Investments | | | | | |
| Line 14 c | Other Assets or Uncleared Funds | | | | | |
| | Total Ending Balance of Fund - Net Assets | | | | 21,230,125.13 | 21,230,125.13 |

**Other Supplemental Information:**

| | | Receivership Accounts | Deville Asset Management and Riverwalk Holdings | Subtotal | Grand Total | Case Total |
|---|---|---|---|---|---|---|
| | **Report of Items NOT To Be Paid by the Fund:** | | | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | | | |
| Line 15 a | Plan Development Expenses Not Paid by the Fund: | | | | | |
| | 1. Fees: | | | | | |
| | Fund Administrator | | | | | |
| | IDC | | | | | |
| | Distribution Agent | | | | | |
| | Consultants | | | | | |
| | Legal Advisers | | | | | |
| | Tax Advisers | | | | | |
| | 2. Administrative Expenses | | | | | |
| | 3. Miscellaneous | | | | | |
| | Total Plan Development Expenses Not Paid by the Fund | | | | - | - |
| Line 15 b | Plan Implementation Expenses Not Paid by the Fund: | | | | | |
| | 1. Fees: | | | | | |
| | Fund Administrator | | | | | |
| | IDC | | | | | |
| | Distribution Agent | | | | | |
| | Consultants | | | | | |
| | Legal Advisers | | | | | |
| | Tax Advisers | | | | | |
| | 2. Administrative Expenses | | | | | |
| | 3. Investor Identification: | | | | | |
| | Notice / Publishing Approved Plan | | | | | |
| | Claimant Identification | | | | | |
| | Claims Processing | | | | | |
| | Web Site Maintenance / Call Center | | | | | |
| | 4. Fund Administrator Bond | | | | | |
| | 5. Miscellaneous | | | | | |
| | 6. FAIR Reporting Expenses | | | | | |
| | Total Plan Implementationt Expenses Not Paid by the Fund | | | | - | - |
| Line 15 c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | | | |
| | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | | | - | - |
| Line 16 | **Disbursements to Court / Other Not Paid by the Fund:** | | | | | |
| Line 16 a | Investment Expenses / CRIS Fees | | | | | |
| Line 16 b | Federal Tax Payments | | | | | |
| | Total Disbursements to Court / Other Not Paid by the Fund: | | | | - | - |
| Line 17 | **DC & State Tax Payments** | | | | | |
| Line 18 | **No. of Claims:** | | | | | |
| Line 18 a | # of Claims Received This Reporting Period | - | | | - | - |
| Line 18 b | # of Claims Received Since Inception of Fund | - | | | - | 274 |
| Line 19 | **No. of Claimants / Investors:** | | | | | |
| Line 19 a | # of Claimants / Investors Paid This Reporting Period | - | | | - | - |
| Line 19 b | # of Claimants / Investors Paid Since Inception of Fund | 163 | | | 163 | 163 |

Receiver:
By: *(signature)* Greg Milligan

Gregory S. Milligan
(printed name)

Receiver

Date: January 30, 2024